Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861
        Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: BROCK TOOL COMPANY, INC. | § | Case No. 12-10834 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 19, 2012. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          209,408.55

| | |
|---|---|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 63,511.93 |
| Bank service fees | 6,026.63 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 139,869.99 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing  non-governmental claims in this case was 07/16/2012 and the deadline for filing governmental claims was 09/15/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,720.43.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $13,720.43, for a total compensation of $13,720.43.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/08/2014            By: /s/Ira Bodenstein
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (05/1/2011)

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-10834
**Case Name:** BROCK TOOL COMPANY, INC.

**Period Ending:** 10/08/14

**Trustee:** (330129)  Ira Bodenstein
**Filed (f) or Converted (c):** 03/19/12 (f)
**§341(a) Meeting Date:** 05/04/12
**Claims Bar Date:** 07/16/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chase Checking Acct | 859.98 | 859.98 | | 826.43 | FA |
| 2 | Escrow Funds from sale of Indiana assets | 90,000.00 | 90,000.00 | | 89,800.00 | FA |
| 3 | Millenium Bank Business Acct | 18,733.55 | 18,733.55 | | 10,432.10 | FA |
| 4 | One share of common stock in Sphere 1, Inc. | 5,000.00 | 5,000.00 | | 6,500.00 | FA |
| 5 | Inventory at Illinois location | 100,000.00 | 100,000.00 | | 80,367.51 | FA |
| 6 | Refunds  (u) | 0.00 | 0.00 | | 432.10 | FA |
| 7 | pre-petititon account receivable (u) | 13,094.04 | 13,094.04 | | 12,246.52 | FA |
| 8 | Sphere 1 2011 rebate (u) | Unknown | N/A | | 7,956.37 | FA |
| 8 | **Assets    Totals (Excluding unknown values)** | **$227,687.57** | **$227,687.57** | | **$208,561.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

    File final return and prepare TFR.
    Final return filed and awaiting prompt determination letter.
    Complete claims review and prepare TFR.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012        **Current Projected Date Of Final Report (TFR):**    September 30, 2014

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-10834 |
| Case Name: | BROCK TOOL COMPANY, INC. |
| Taxpayer ID #: | **-***5328 |
| Period Ending: | 10/08/14 |

| | |
|---|---|
| Trustee: | Ira Bodenstein (330129) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-*****61-65 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/13/12 | {1} | J P Morgan Chase Bank NA | Closed Bank Account at JP Morgan Chase Bank NA | 1129-000 | 826.43 | | 826.43 |
| 04/13/12 | {3} | Millennium Bank | Closed Bank Account at Millennium Bank | 1129-000 | 10,432.10 | | 11,258.53 |
| 04/26/12 | {5} | B&W Plumbing, Heatin, & Air Conditioning | Post-petition sale of inventory | 1129-000 | 17.10 | | 11,275.63 |
| 04/26/12 | {5} | Premium Electric Services | Post-petition sale of inventory | 1129-000 | 27.31 | | 11,302.94 |
| 04/26/12 | {5} | Blaze Electric Corporation | Post-petition sale of inventory | 1129-000 | 28.46 | | 11,331.40 |
| 04/26/12 | {5} | Budd Mechanical Systems | Post-petition sale of inventory | 1129-000 | 30.03 | | 11,361.43 |
| 04/26/12 | {6} | American Express | Reserve Funds Released | 1290-000 | 33.72 | | 11,395.15 |
| 04/26/12 | {5} | Universal Piping, Inc. | Post-petition sale of inventory | 1129-000 | 54.76 | | 11,449.91 |
| 04/26/12 | {5} | The Hanover Insurance Company | Post-petition sale of inventory | 1129-000 | 71.39 | | 11,521.30 |
| 04/26/12 | {5} | King-Bruwaert House | Post-petition sale of inventory | 1129-000 | 72.33 | | 11,593.63 |
| 04/26/12 | {5} | SimplexGrinnell | Post-petition sale of inventory | 1129-000 | 72.67 | | 11,666.30 |
| 04/26/12 | {5} | T & H Electric, LTD. | Post-petition sale of inventory | 1129-000 | 81.99 | | 11,748.29 |
| 04/26/12 | {5} | Merco Mechanical, Inc. | Post-petition sale of inventory | 1129-000 | 83.90 | | 11,832.19 |
| 04/26/12 | {5} | Shamrock/SEDCO Electrical Contractors | Post-petition sale of inventory | 1129-000 | 104.64 | | 11,936.83 |
| 04/26/12 | {5} | Elcon Electrical Construction Co. | Post-petition sale of inventory | 1129-000 | 124.65 | | 12,061.48 |
| 04/26/12 | {5} | Fink Supply Company, Inc. | Post-petition sale of inventory | 1129-000 | 128.55 | | 12,190.03 |
| 04/26/12 | {5} | Combined Plumbing & Sewer LLC | Post-petition sale of inventory | 1129-000 | 134.55 | | 12,324.58 |
| 04/26/12 | {5} | Solutions Mechanical, LLC | Post-petition sale of inventory | 1129-000 | 142.02 | | 12,466.60 |
| 04/26/12 | {5} | Benson Electric of Chicago, Inc. | Post-petition sale of inventory | 1129-000 | 143.17 | | 12,609.77 |
| 04/26/12 | {5} | Terrance Electric & Technology | Post-petition sale of inventory | 1129-000 | 151.86 | | 12,761.63 |
| 04/26/12 | {5} | Apex Plumbing, Inc. | Post-petition sale of inventory | 1129-000 | 164.17 | | 12,925.80 |
| 04/26/12 | {5} | Hartmann Electric Company, Inc. | Post-petition sale of inventory | 1129-000 | 182.66 | | 13,108.46 |
| 04/26/12 | {5} | C.A. Riley Electric Construction Corp | Post-petition sale of inventory | 1129-000 | 194.58 | | 13,303.04 |
| 04/26/12 | {5} | Stoltzner Plumbing & Sewer Contractor, Inc. | Post-petition sale of inventory | 1129-000 | 198.39 | | 13,501.43 |
| 04/26/12 | {5} | SimplexGrinnell | Post-petition sale of inventory | 1129-000 | 200.93 | | 13,702.36 |
| 04/26/12 | {5} | Gurtz Electric Co. | Post-petition sale of inventory | 1129-000 | 245.98 | | 13,948.34 |
| 04/26/12 | {5} | Fasteners Supply Inc. | Post-petition sale of inventory | 1129-000 | 292.14 | | 14,240.48 |
| 04/26/12 | {5} | J. Hamilton Electric Company, Inc. | Post-petition sale of inventory | 1129-000 | 309.00 | | 14,549.48 |
| 04/26/12 | {5} | Thomas P. Adamson, Jr. & Associates, Inc. | Post-petition sale of inventory | 1129-000 | 326.17 | | 14,875.65 |
| 04/26/12 | {5} | Merco Mechanical, Inc. | Post-petition sale of inventory | 1129-000 | 353.58 | | 15,229.23 |
| 04/26/12 | {5} | Metropolitan Industries, Inc. | Post-petition sale of inventory | 1129-000 | 367.37 | | 15,596.60 |
| 04/26/12 | {5} | Scwan Electric | Post-petition sale of inventory | 1129-000 | 470.87 | | 16,067.47 |
| 04/26/12 | {5} | C Acitelli Plumbing & Piping | Post-petition sale of inventory | 1129-000 | 10.10 | | 16,077.57 |

Subtotals :  $16,077.57    $0.00

{} Asset reference(s)

Printed: 10/08/2014 02:20 PM    V.13.15

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-10834 | **Trustee:** Ira Bodenstein (330129) |
| **Case Name:** BROCK TOOL COMPANY, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****_*****61-65 - Checking Account |
| **Taxpayer ID #:** **-***5328 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 10/08/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Contractors, Inc | | | | | |
| 04/26/12 | {5} | Vitralum Industries Inc | Post-petition sale of inventory | 1129-000 | 14.36 | | 16,091.93 |
| 04/26/12 | {5} | Christian Tinning | Post-petition sale of inventory | 1129-000 | 17.48 | | 16,109.41 |
| 04/26/12 | {5} | Inland Die Casting Company | Post-petition sale of inventory | 1129-000 | 46.96 | | 16,156.37 |
| 04/26/12 | {5} | Haskris | Post-petition sale of inventory | 1129-000 | 50.26 | | 16,206.63 |
| 04/26/12 | {5} | First Security Systems Inc | Post-petition sale of inventory | 1129-000 | 68.00 | | 16,274.63 |
| 04/26/12 | {5} | SMG | Post-petition sale of inventory | 1129-000 | 72.64 | | 16,347.27 |
| 04/26/12 | {5} | Christian Tinning | Post-petition sale of inventory | 1129-000 | 81.93 | | 16,429.20 |
| 04/26/12 | {5} | Barrett Graphic Services | Post-petition sale of inventory | 1129-000 | 87.37 | | 16,516.57 |
| 04/26/12 | {5} | Kloke Construction | Post-petition sale of inventory | 1129-000 | 104.75 | | 16,621.32 |
| 04/26/12 | {5} | Reese Electric Inc | Post-petition sale of inventory | 1129-000 | 113.58 | | 16,734.90 |
| 04/26/12 | {5} | Apex Plumbing | Post-petition sale of inventory | 1129-000 | 169.61 | | 16,904.51 |
| 04/26/12 | {5} | Chicago Electric Mfg Inc | Post-petition sale of inventory | 1129-000 | 210.40 | | 17,114.91 |
| 04/26/12 | {5} | T&H Electric | Post-petition sale of inventory | 1129-000 | 251.95 | | 17,366.86 |
| 04/26/12 | {5} | Dyros Inc | Post-petition sale of inventory | 1129-000 | 306.44 | | 17,673.30 |
| 04/26/12 | {5} | Ewing- Doherty Mechanical Inc | Post-petition sale of inventory | 1129-000 | 386.17 | | 18,059.47 |
| 04/26/12 | {5} | Mitchell Plumbing Inc | Post-petition sale of inventory | 1129-000 | 623.09 | | 18,682.56 |
| 04/26/12 | {5} | Maron | Post-petition sale of inventory | 1129-000 | 679.87 | | 19,362.43 |
| 04/26/12 | {5} | All Industrial Electric Inc | Post-petition sale of inventory | 1129-000 | 1,000.93 | | 20,363.36 |
| 04/26/12 | {5} | Eitel Heinemann Mechanical Services Inc | Post-petition sale of inventory | 1129-000 | 3,726.58 | | 24,089.94 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 24,064.94 |
| 05/07/12 | {7} | conneXion | pre-petition account receivable | 1221-000 | 15.36 | | 24,080.30 |
| 05/07/12 | {7} | Crosstown Electric | pre-petition account receivable | 1221-000 | 16.39 | | 24,096.69 |
| 05/07/12 | {7} | MBA Manufacturing | pre-petition account receivable | 1221-000 | 32.00 | | 24,128.69 |
| 05/07/12 | {7} | Phoenix Systems and Service | pre-petition account receivable | 1221-000 | 46.80 | | 24,175.49 |
| 05/07/12 | {7} | CBM Plumbing | pre-petition account receivable | 1221-000 | 89.26 | | 24,264.75 |
| 05/07/12 | {7} | Omega Electric Co inc | pre-petition account receivable | 1221-000 | 141.39 | | 24,406.14 |
| 05/07/12 | {7} | Hartmann Electric Company Inc | pre-petition account receivable | 1221-000 | 196.18 | | 24,602.32 |
| 05/07/12 | {7} | Elite Electric Company Inc | pre-petition account receivable | 1221-000 | 196.43 | | 24,798.75 |
| 05/07/12 | {7} | RLM Electric | pre-petition account receivable | 1221-000 | 198.92 | | 24,997.67 |
| 05/07/12 | {7} | Wigdahl Electric | pre-petition account receivable | 1221-000 | 204.77 | | 25,202.44 |
| 05/07/12 | {7} | AMS | pre-petition account receivable | 1221-000 | 249.42 | | 25,451.86 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.42 | 25,395.44 |
| 06/13/12 | {2} | Royal Title Services, Inc. | Sale proceeds from Indiana personal property | 1129-000 | 89,800.00 | | 115,195.44 |
| 06/21/12 | {8} | Sphere 1, Inc | 2011 rebate from Sphere 1. | 1223-000 | 7,956.37 | | 123,151.81 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 146.11 | 123,005.70 |
| | | | | Subtotals : | $107,155.66 | $227.53 | |

{} Asset reference(s)                                                    Printed: 10/08/2014 02:20 PM   V.13.15

Exhibit B

# Form 2
Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-10834 | |
| **Case Name:** BROCK TOOL COMPANY, INC. | |
| **Taxpayer ID #:** \*\*-\*\*\*5328 | |
| **Period Ending:** 10/08/14 | |

| | |
|---|---|
| **Trustee:** | Ira Bodenstein (330129) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | \*\*\*\*-\*\*\*\*\*\*61-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/12/12 | {7} | Norb and Sons Electric, Inc. | Notes and Accounts Receivable (originally scheduled) | 1221-000 | 12,846.00 | | 135,851.70 |
| 07/12/12 | {7} | William Buffa Plumbing LLC | Prepetition Account Receivable | 1221-000 | 117.52 | | 135,969.22 |
| 07/12/12 | {7} | Township High School District 211 | Prepetition Account Receivable | 1221-000 | 103.62 | | 136,072.84 |
| 07/12/12 | {7} | C. ACITELLI HEATIN & PIPING CONTRACTOR, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 1,153.24 | | 137,226.08 |
| 07/12/12 | {7} | BATTAGLIA INDUSTRIES, INC. | PREPETITION ACCOUNTS RECEIVABLE | 1221-000 | 22.90 | | 137,248.98 |
| 07/12/12 | {7} | DE FRANCO PLUMBING, INC | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 672.32 | | 137,921.30 |
| 07/12/12 | {7} | STANTON MECHANICAL INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 116.52 | | 138,037.82 |
| 07/12/12 | {7} | T K PLUMBING & MAINTANANCE CO | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 78.73 | | 138,116.55 |
| 07/12/12 | {7} | BROADWAY ELECTRIC, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 96.41 | | 138,212.96 |
| 07/12/12 | {7} | DIAL ONE ALL SUBURBAN ELECTRIC | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 42.49 | | 138,255.45 |
| 07/12/12 | {7} | TYSSENKRUPP MATERIALS NA | PREPETITION ACCOUNT RECEIVABLES | 1221-000 | 922.46 | | 139,177.91 |
| 07/12/12 | {7} | AIR COMFORT CORPORATION | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 28.32 | | 139,206.23 |
| 07/12/12 | {7} | BERGHOFF CATERING & RESTAURANT GROUP | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 48.16 | | 139,254.39 |
| 07/12/12 | {7} | GURTZ ELECTRIC CO. | PRPETITION ACCOUNT RECEIVABLE | 1221-000 | 2,500.44 | | 141,754.83 |
| 07/12/12 | {7} | R.C. BLACK CO., INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 76.02 | | 141,830.85 |
| 07/12/12 | {7} | STOLTZNER PLUMBING & SEWER CONTRACTOR, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 165.06 | | 141,995.91 |
| 07/12/12 | {7} | WOLF ELECTRIC SUPPLY CO., INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 164.00 | | 142,159.91 |
| 07/12/12 | {7} | A&H PLUMBING AND HEATING CO., INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 280.52 | | 142,440.43 |
| 07/12/12 | {7} | AMPERAGE ELECTRICAL SUPPLY, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 3.96 | | 142,444.39 |
| 07/12/12 | {7} | BRABAZON | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 1,186.46 | | 143,630.85 |
| 07/12/12 | {7} | THOMAS P. ADAMSON, JR. & ASSOCIATES, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 714.24 | | 144,345.09 |
| 07/12/12 | {7} | U.S. PLUMBING & SEWER, INC | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 564.28 | | 144,909.37 |
| 07/12/12 | {7} | AEC ELECTRIC CORP | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 847.52 | | 145,756.89 |
| 07/12/12 | {7} | PRIME ELECTRIC COMPANY, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 236.50 | | 145,993.39 |
| 07/12/12 | {7} | EITEL HEINEMANN MECHANICAL SERVICES, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 95.40 | | 146,088.79 |
| 07/12/12 | {7} | PROFESSIONAL POWER PRODUCTS, INC | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 472.68 | | 146,561.47 |
| 07/12/12 | {7} | ATOMATIC MECANICAL | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 59.68 | | 146,621.15 |
| | | | | Subtotals : | $23,615.45 | $0.00 | |

{} Asset reference(s)                                                                 Printed: 10/08/2014 02:20 PM   V.13.15

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-10834 |
| Case Name: | BROCK TOOL COMPANY, INC. |
| Taxpayer ID #: | **-***5328 |
| Period Ending: | 10/08/14 |

| | |
|---|---|
| Trustee: | Ira Bodenstein (330129) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******61-65 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | SERVICES | | | | | |
| 07/12/12 | {7} | EDWARDS ENGINEERING, INC | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 31.08 | | 146,652.23 |
| 07/12/12 | {7} | NESKO ELECTRIC | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 16.22 | | 146,668.45 |
| 07/12/12 | {7} | OMEGA ELECTRIC CO., INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 110.06 | | 146,778.51 |
| 07/12/12 | {7} | JAMOR ELECTRIC, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 75.85 | | 146,854.36 |
| 07/12/12 | {7} | PRAIRIE PLUMBING CONTRACTORS | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 332.44 | | 147,186.80 |
| 07/12/12 | {7} | AT MECHANICAL LLC | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 14.91 | | 147,201.71 |
| 07/12/12 | {7} | NORB AND SONS ELECTRIC, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 75.00 | | 147,276.71 |
| 07/12/12 | {7} | Norb and Sons Electric, Inc. | Reversed Deposit 100017 1 Notes and Accounts Receivable (originally scheduled) | 1221-000 | -12,846.00 | | 134,430.71 |
| 07/19/12 | {7} | AEC Electric | NSF check | 1221-000 | -847.52 | | 133,583.19 |
| 07/25/12 | | AEC ELECTRIC CORP | | 1221-000 | 847.52 | | 134,430.71 |
| 07/25/12 | {7} | AEC ELECTRIC CORP | Reversed Deposit 100020 2 PREPETITION ACCOUNT RECEIVABLE | 1221-000 | -847.52 | | 133,583.19 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 282.21 | 133,300.98 |
| 08/08/12 | {7} | Patlin, Inc | pre-petition account receivable | 1221-000 | 13.11 | | 133,314.09 |
| 08/08/12 | {7} | Stellmach Electric Corp | pre-petition account receivable | 1221-000 | 269.00 | | 133,583.09 |
| 08/08/12 | {7} | AEC Electric Corp. | pre-petition account receivable | 1221-000 | 847.52 | | 134,430.61 |
| 08/08/12 | 1001 | 1475 Bldg Account Wm. Logue | Post-petition Rent for 1475 Louis Avenue | 2410-000 | | 12,500.00 | 121,930.61 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 272.00 | 121,658.61 |
| 09/06/12 | {6} | Humana | Health Insurance Premium Rebate Check | 1290-000 | 398.38 | | 122,056.99 |
| 09/24/12 | | Liquid Asset Partners | Sale of Illinois Inventory after commission and expenses per court order (docket no 26) 7/26/2012 | | 40,392.64 | | 162,449.63 |
| | {5} | | Total gross proceeds        67,569.82<br>from sale of assets | 1129-000 | | | 162,449.63 |
| | | | Commission to Liquid        -5,067.74<br>Asset Partners | 3610-000 | | | 162,449.63 |
| | | | Reimbursement of sale        -22,109.44<br>expenses to Liquid Asset<br>Partners | 3620-000 | | | 162,449.63 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 241.52 | 162,208.11 |
| 10/10/12 | 1002 | Illinois Department of Revenue | March 2012 Sales Tax Account ID 0886-0173 | 2820-000 | | 1,540.00 | 160,668.11 |
| 10/10/12 | 1003 | Illinois Department of Revenue | April 2012 Sales Tax        Account ID 0886-0173 | 2820-000 | | 739.00 | 159,929.11 |
| 10/10/12 | 1004 | Illinois Department of Revenue | May 2012 Sales Tax  Account ID 0886-0173 | 2820-000 | | 117.00 | 159,812.11 |
| 10/10/12 | 1005 | Illinois Department of Revenue | July 2012 Sales Tax  Account ID  0886-0173 | 2820-000 | | 2,055.00 | 157,757.11 |
| | | | Subtotals : | | $28,882.69 | $17,746.73 | |

{} Asset reference(s)

Printed: 10/08/2014 02:20 PM   V.13.15

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-10834 |
| Case Name: | BROCK TOOL COMPANY, INC. |
| Taxpayer ID #: | **-***5328 |
| Period Ending: | 10/08/14 |

| | |
|---|---|
| Trustee: | Ira Bodenstein (330129) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******61-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/10/12 | 1006 | Illinois Department of Revenue | August 2012 Sales tax Account ID 0886-0173 | 2820-000 | | 96.00 | 157,661.11 |
| 10/24/12 | {4} | Sphere 1, Inc | Cancelation of Sphere 1 Membership | 1129-000 | 6,500.00 | | 164,161.11 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 363.94 | 163,797.17 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 335.64 | 163,461.53 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | 9999-000 | | 163,461.53 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 182,231.37 | 182,231.37 | $0.00 |
| Less: Bank Transfers | 0.00 | 163,461.53 | |
| Subtotal | 182,231.37 | 18,769.84 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $182,231.37 | $18,769.84 | |

{} Asset reference(s)

Printed: 10/08/2014 02:20 PM    V.13.15

Exhibit B

# Form 2
Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 12-10834 | |
| Case Name: BROCK TOOL COMPANY, INC. | |
| | Trustee: Ira Bodenstein (330129) |
| | Bank Name: Rabobank, N.A. |
| | Account: ******5566 - Checking Account |
| Taxpayer ID #: **-***5328 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 10/08/14 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 163,461.53 | | 163,461.53 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 218.83 | 163,242.70 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 258.23 | 162,984.47 |
| 02/12/13 | 11007 | International Sureties,Ltd | Percentage payment 2013 blanket bond | 2300-000 | | 290.00 | 162,694.47 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 218.67 | 162,475.80 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 225.90 | 162,249.90 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 248.93 | 162,000.97 |
| 05/30/13 | 11008 | Shaw Fishman Glantz & Towbin LLC | Interim expenses allowed 5/29/13 DKT # 37 | 3120-000 | | 202.15 | 161,798.82 |
| 05/30/13 | 11009 | Shaw Fishman Glantz & Towbin LLC | Interim fees allowed 5/29/13 DKT 37 | 3110-000 | | 18,678.00 | 143,120.82 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 240.78 | 142,880.04 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.52 | 142,685.52 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 225.75 | 142,459.77 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 204.90 | 142,254.87 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.79 | 142,057.08 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 224.77 | 141,832.31 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.40 | 141,641.91 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 224.11 | 141,417.80 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.18 | 141,207.62 |
| 02/04/14 | 11010 | International Sureties,Ltd | Percentage payment 2014 blanket bond | 2300-000 | | 117.60 | 141,090.02 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.46 | 140,900.56 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.90 | 140,704.66 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.89 | 140,488.77 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.07 | 140,286.70 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.05 | 140,091.65 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 221.66 | 139,869.99 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 163,461.53 | 23,591.54 | $139,869.99 |
| Less: Bank Transfers | 163,461.53 | 0.00 | |
| Subtotal | 0.00 | 23,591.54 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $23,591.54 | |

{} Asset reference(s)

Printed: 10/08/2014 02:20 PM   V.13.15

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 12-10834 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | BROCK TOOL COMPANY, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5566 - Checking Account |
| Taxpayer ID #: | **-***5328 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/08/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ****-******61-65 | 182,231.37 | 18,769.84 | 0.00 |
| Checking # ******5566 | 0.00 | 23,591.54 | 139,869.99 |
| | $182,231.37 | $42,361.38 | $139,869.99 |

{} Asset reference(s)

Printed: 10/08/2014 02:20 PM    V.13.15

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER        Claims Bar Date: July 16, 2012

**Case Number:** 12-10834                     Page: 1                        **Date:** October 8, 2014
**Debtor Name:** BROCK TOOL COMPANY, INC.                                   **Time:** 02:20:50 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $13,720.43 | $0.00 | 13,720.43 |
| 200 | Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $23,272.50 | $18,678.00 | 4,594.50 |
| 200 | Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $358.04 | $202.15 | 155.89 |
| 200 | Popowcer Katten Ltd.<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Admin Ch. 7 | | $5,630.00 | $0.00 | 5,630.00 |
| 16 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $1,024.51 | $0.00 | 1,024.51 |
| 1 610 | Black & Decker (US) Inc<br>701 East Juppa Rd<br>Townson, MD 21286 | Unsecured | XX4013 | $22,777.22 | $0.00 | 22,777.22 |
| 2 610 | Bostik Inc<br>Attn: Denny Thompson<br>11320 Watertown Plank Road<br>Wauwatosa, WI 53226-3434 | Unsecured | | $3,053.33 | $0.00 | 3,053.33 |
| 3 610 | Michigan Ladder Co.<br>PO Box 981307<br>Ypsilanti, MI 48198 | Unsecured | XXXXXX & XX0050 | $3,085.00 | $0.00 | 3,085.00 |
| 4 610 | Boss Manufacturing Company<br>1221 Page Street<br>Kewanee, IL 61443 | Unsecured | XX3199 | $1,738.42 | $0.00 | 1,738.42 |
| 5 610 | ORS Nasco<br>9910 E 42nd Street Ste 200<br>Tulsa, OK 74146 | Unsecured | XXXXX9-001<br>Withdrawn in favor of duplicate claim # 15 | $0.00 | $0.00 | 0.00 |
| 6 610 | Majestic Glove Inc<br>6707 Hardeson Road<br>Everett, WA 98203 | Unsecured | | $2,330.40 | $0.00 | 2,330.40 |
| 7 610 | Qualtool Inc.<br>28415 Lake Industrial Blvd.<br>Tavares, FL 32778 | Unsecured | XXXXXX7200 | $515.19 | $0.00 | 515.19 |
| 8 610 | Alliance Distribution Partners, LLC<br>539 N. Belvedere Drive<br>Gallatin, TN 37066 | Unsecured | | $2,207.63 | $0.00 | 2,207.63 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 16, 2012

**Case Number:** 12-10834                     Page: 2                     **Date:** October 8, 2014
**Debtor Name:** BROCK TOOL COMPANY, INC.                                 **Time:** 02:20:50 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---------|------------------------|------------|------------------------|----------------|--------------|---------------|
| 9 610 | United Parcel Service c/o Receivable Management Services P.O. Box 4396 Timonium, MD 21094 | Unsecured | XXXXXX & XX2V29 | $114.98 | $0.00 | 114.98 |
| 10 610 | Interline Brands Inc dba Hardware Express,Interline Brands Inc Bankrutpcy,801 West Bay Street Jacksonville, FL 32204 | Unsecured | | $2,675.09 | $0.00 | 2,675.09 |
| 11 610 | Diamond Products Limited 333 Prospect St Elyria, OH 44034 | Unsecured | | $17,950.75 | $0.00 | 17,950.75 |
| 12 610 | Ridge Tool Company (RIDGID) 400 Clark Street Elyria, OH 44035 | Unsecured | XX3957 | $53,571.78 | $0.00 | 53,571.78 |
| 13 610 | Ideal Industries, Inc. PO Box 92803 Chicago, IL 60675 | Unsecured | XX3343 | $1,564.92 | $0.00 | 1,564.92 |
| 14 610 | Port Austin Level PO Box 365 Port Austin, MI 48467 | Unsecured | | $2,963.11 | $0.00 | 2,963.11 |
| 15 610 | ORS Nasco Attn: Steve Myers One Parkway North #100 Deerfield, IL 60015 | Unsecured | Supercedes withdrawn claim # 5 | $19,717.81 | $0.00 | 19,717.81 |
| NOTFILED 610 | Mauritzon Inc. 3939 W. Belden Ave. Chicago, IL 60647 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | MCIS PO Box 11286 Fort Wayne, IN 46857 | Unsecured | XXO160 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Midwest Caster & Wheel 431 West Seymour Avenue Cincinnati, OH 45216-1827 | Unsecured | XX0057 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Milwaukee Electric Tool Corp 4844 COllection Center Dr. Chicago, IL 60693 | Unsecured | X4053 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Mid-Town Petroleum, Inc. 9707 S. 76th Ave. Bridgeview, IL 60455 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Makita USA, Inc. PO Box 534597 Atlanta, GA 30353 | Unsecured | XX3649 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Metabo Corp. PO Box 151 Bryn Mawr, PA 19010 | Unsecured | XXXX0298 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER    Claims Bar Date: July 16, 2012

**Case Number:** 12-10834
**Debtor Name:** BROCK TOOL COMPANY, INC.

Page: 3

**Date:** October 8, 2014
**Time:** 02:20:50 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Magnolia Brush Manu., Ltd. PO Box 932 Clarksville, TX 75426-0932 | Unsecured | X0763 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Jones Stephens Corp. PO Box 2153 Dept. 3200 Birmingham, AL 35287 | Unsecured | XX0001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Keson Industries 810 Commerce Street Aurora, IL 60504 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Jackson Safety PO Box 790379 Saint Louis, MO 63179 | Unsecured | XX1701 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Kraft Tool Company PO Box 860230 Shawnee, KS 66286 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Indusco Wire Rope & Fittings 1200 West hamburg Street Baltimore, MD 21230 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Lidseen of North Carolina, Inc. PO Box 207 Hayesville, NC 28904 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Leco Plactics, Inc. 130 Gamewell Street Hackensack, NJ 07601 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Lugall Corporation Morgantown Business park 604 Hemlock Road Morgantown, PA 19543 | Unsecured | XX0563 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | M.K. Morse Co. PO Box 8677 Canton, OH 44711 | Unsecured | XXXX0000 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Louisville Ladder Inc. PO Box 7247-6048 Philadelphia, PA 19170-6048 | Unsecured | XXO150 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Muzzy & Peters Co. 486 Wrightwood Ave. Elmhurst, IL 60126 | Unsecured | XXO007 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Logue Expansion Bolt PO Box 1515 Barrington, IL 60011 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Radians Inc. PO Box 341849 Memphis, TN 38184-1849 | Unsecured | X6155 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 16, 2012

**Case Number:** 12-10834

**Debtor Name:** BROCK TOOL COMPANY, INC.

Page: 4

**Date:** October 8, 2014
**Time:** 02:20:50 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Titan Fastner Products<br>2627 Sidney Lanier Drive<br>Brunswick, GA 31525 | Unsecured | XXXXX6654 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Sumner Manufacturing Co., Inc.<br>PO Box 201199<br>Houston, TX 77216-1199 | Unsecured | XX9100 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Thermadyne<br>22037 Network Place<br>Chicago, IL 60673 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Vaughan & Bushnell Manufacturing Co.<br>2690 Momentum Place<br>Chicago, IL 60689-5326 | Unsecured | XXXXXX-X0001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Wheeler Div. Rex Int'l USA Inc.<br>PO Box 688<br>Ashtabula, OH 44005-0688 | Unsecured | XX0620 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Wright Tool Co.<br>PO Box 951798<br>Cleveland, OH 44193 | Unsecured | XXX2001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Wholesale Tool Co., Inc.<br>PO Box 68<br>Warren, MI 48090-0068 | Unsecured | XXXXXX7200 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | William M. Logue | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Staples Credit Plan<br>Dept. 51-7815011910<br>PO Box 689020<br>Des Moines, IA 50368-9020 | Unsecured | XXXXXXXXXXXX1910 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Rust-Oleum Corp.<br>PO Box 931946<br>Cleveland, OH 44193 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Saint-Gobain Abrasives, Inc.<br>25079 Network Place<br>Chicago, IL 60673-1250 | Unsecured | XXXXXXXX & XXXX9414 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Greenlee Textron<br>25117 Network Place<br>Chicago, IL 60673-1251 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Office Depot Credit Plan<br>Dept 56-8100105899<br>PO Box 689020<br>Des Moines, IA 50368-9020 | Unsecured | XXXX-XXXX-XXXX-5899 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | R E Lee Co., Inc.<br>3819 Inca Street<br>Denver, CO 80211 | Unsecured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER
**Claims Bar Date:** July 16, 2012

**Case Number:** 12-10834
**Debtor Name:** BROCK TOOL COMPANY, INC.

Page: 5

**Date:** October 8, 2014
**Time:** 02:20:50 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Random Products Inc. PO Box 25065 Cleveland, OH 44125 | Unsecured | BROCK/FL | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Reed Manufacturing Co. PO Box 1321 Erie, PA 16512-1321 | Unsecured | XXXXXX & XX0915 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Rothenberger USA LLC 088254 Expedite Way Chicago, IL 60695 | Unsecured | XXXXXX & XX0013 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Relton Corporation PO Box 60019 Arcadia, CA 91066-6019 | Unsecured | XX1100 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Richard Specialty Co. Inc. 4917-19 W. Belmont Ave. Chicago, IL 60641 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Oatley SCS PO Box 92138 Main Post Office Cleveland, OH 44191 | Unsecured | X7959 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fail Safe USA 322 Industrial Court Concord, NC 28025 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 1401 Riverside Bldg account Wm. Logue PO Box 1515 Barrington, IL 60011 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | 1475 Bldg accout Wm. Logue PO Box 1515 Barrington, IL 60011 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | ADP, Inc. PO Box 842854 Boston, MA 02284-2854 | Unsecured | XX-XX0564 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Absource Water company DEPT #612252 PO Box 701760 Plymouth, MI 48170 | Unsecured | 612252 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Addison Building Materials 3201 S. Busse Road Arlington Heights, IL 60005 | Unsecured | 4285 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | ADP, Inc. PO Box 0500 Carol Stream, IL 60132-0500 | Unsecured | X2745 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Alexander Andrew, Inc. 1306 S. Alameda Street Compton, CA 90221-4803 | Unsecured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: July 16, 2012

**Case Number:** 12-10834
**Debtor Name:** BROCK TOOL COMPANY, INC.

Page: 6

**Date:** October 8, 2014
**Time:** 02:20:50 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Elco Fastening Systems LLC<br>24201 Network Place<br>Chicago, IL 60673-1242 | Unsecured | XXXX7801 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Diamond Products Limited<br>PO Box 74454<br>Cleveland, OH 44194-4454 | Unsecured | 1427 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | DWD Revocable Trust<br>11482 Columbia Park Dr. W<br>Jacksonville, FL 32258 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Electro Tape Specialties<br>PO Box 1014<br>Odessa, FL 33556 | Unsecured | XX5525 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Exxon Mobil Processing Center<br>PO Box 688938<br>Des Moines, IA 50368-8938 | Unsecured | XXXXXXXXXXXX3234 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Francotyp-Postalia, Inc.<br>PO Box 4510<br>Carol Stream, IL 60197-4510 | Unsecured | XXXXX1737 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Flexovit USA, Inc.<br>PO Box 62005E<br>Baltimore, MD 21264 | Unsecured | XX8900 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Delta Consolidated Industries, inc.<br>PO Box 91058<br>Chicago, IL 60693-1058 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Creative Caster, Inc.<br>1060 Pauly Drive<br>Elk Grove Village, IL 60007 | Unsecured | XRO01 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Current Tools Inc.<br>PO box 17026<br>Greenville, SC 29606 | Unsecured | XXOC03 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Archer Products, Inc.<br>8756 East 33rd Street<br>Indianapolis, IN 46226 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | AMIFAST Corp.<br>PO Box 1900<br>Liberty Hill, TX 78642 | Unsecured | BROCK INDY | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | ARC Disposal - Republic SVC#551<br>PO Box 9001154<br>Louisville, KY 40290-1154 | Unsecured | X-XXXX-XXX0065 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | AT&T<br>PO Box 5080<br>Carol Stream, IL 60197-5080 | Unsecured | XXXXXXXXXX4587 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bullard Abrasives Inc.<br>6 Carol Drive<br>Lincoln, RI 02865 | Unsecured | X3181 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER    Claims Bar Date: July 16, 2012

**Case Number:** 12-10834                                          Page: 7                                          **Date:** October 8, 2014
**Debtor Name:** BROCK TOOL COMPANY, INC.                                                                          **Time:** 02:20:50 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Construction Electrical Products<br>7800 Las Positas Road<br>Livermore, CA 94551 | Unsecured | XX XXXCKCO | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Carquest of Elk Grove Village<br>840 E. Higgins Road<br>Elk Grove Village, IL 60007 | Unsecured | XX0283 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Community Clean<br>PO Box 328<br>Franklin, IN 46131-0328 | Unsecured | X1007 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Gardner Bender, Inc.<br>22732 Network Place<br>Chicago, IL 60673-1251 | Unsecured | | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 178,271.11 | 18,880.15 | 159,390.96 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-10834
Case Name: BROCK TOOL COMPANY, INC.
Trustee Name: Ira Bodenstein

**Balance on hand:**          $          139,869.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None | | | | | |

Total to be paid to secured creditors:     $          0.00
Remaining balance:     $          139,869.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Ira Bodenstein | 13,720.43 | 0.00 | 13,720.43 |
| Attorney for Trustee, Fees - Shaw Fishman Glantz & Towbin LLC | 23,272.50 | 18,678.00 | 4,594.50 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 358.04 | 202.15 | 155.89 |
| Accountant for Trustee, Fees - Popowcer Katten Ltd. | 5,630.00 | 0.00 | 5,630.00 |

Total to be paid for chapter 7 administration expenses:     $          24,100.82
Remaining balance:     $          115,769.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $          0.00
Remaining balance:     $          115,769.17

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,024.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | Illinois Department of Revenue | 1,024.51 | 0.00 | 1,024.51 |

Total to be paid for priority claims:  $  1,024.51
Remaining balance:  $  114,744.66

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 134,265.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 85.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Black & Decker (US) Inc | 22,777.22 | 0.00 | 19,465.63 |
| 2 | Bostik Inc | 3,053.33 | 0.00 | 2,609.40 |
| 3 | Michigan Ladder Co. | 3,085.00 | 0.00 | 2,636.47 |
| 4 | Boss Manufacturing Company | 1,738.42 | 0.00 | 1,485.67 |
| 6 | Majestic Glove Inc | 2,330.40 | 0.00 | 1,991.58 |
| 7 | Qualtool Inc. | 515.19 | 0.00 | 440.29 |
| 8 | Alliance Distribution Partners, LLC | 2,207.63 | 0.00 | 1,886.66 |
| 9 | United Parcel Service | 114.98 | 0.00 | 98.26 |
| 10 | Interline Brands Inc | 2,675.09 | 0.00 | 2,286.16 |
| 11 | Diamond Products Limited | 17,950.75 | 0.00 | 15,340.88 |
| 12 | Ridge Tool Company | 53,571.78 | 0.00 | 45,782.94 |
| 13 | Ideal Industries, Inc. | 1,564.92 | 0.00 | 1,337.40 |
| 14 | Port Austin Level | 2,963.11 | 0.00 | 2,532.30 |
| 15 | ORS Nasco | 19,717.81 | 0.00 | 16,851.02 |

Total to be paid for timely general unsecured claims:  $  114,744.66
Remaining balance:  $  0.00

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |