UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
BROCK TOOL COMPANY, INC. )  CASE No. 12-10834
)
)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(0(8), that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on November 18, 2014 in Courtroom 615**, United States Courthouse, 219 South Dearborn Street, Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

DATED:  October 14, 2014                 Respectfully Submitted,


                                         By: _____/s/ Ira Bodenstein_____
                                                  One of Its Attorneys

Ira Bodenstein (#3126857)
SHAW FISHMAN GLANTZ & TOWBIN, LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

{10439-001 NOM A0349726.DOC}

Printed: 10/14/14 12:12 PM

# Trustee's Compensation

**Debtor:** BROCK TOOL COMPANY, INC.    **Case:** 12-10834

### Computation of Compensation

| | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 209,408.55 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 159,408.55 | = | 7,970.43 |
| 3% of Balance | 0.00 | = | 0.00 |
| | Calculated Total Compensation: | | $13,720.43 |
| | Plus Adjustment: | | 0.00 |
| | Total Compensation: | | $13,720.43 |
| | Less Previously Paid: | | 0.00 |
| | Total Compensation Requested: | | $13,720.43 |

### Trustee Expenses

| | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 0 copies at 0.0 cents per copy | 0.00 |
| Postage | | 0.00 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 0.00 |
| Other Expenses 2 | | 0.00 |
| | Subtotal Expenses: | $0.00 |
| | Plus Adjustment: | 0.00 |
| | Total Expenses: | $0.00 |
| | Less Previously Paid: | 0.00 |
| | Total Expenses Requested: | $0.00 |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $13,720.43 as compensation and $0.00 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 10/14/14    Signed: /s/ Ira Bodenstein

Ira Bodenstein
321 N. Clark St., Ste. 800

Chicago, IL 60654