UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | No. 12-10834 |
| ) | Chapter 7 |
| BROCK TOOL COMPANY, INC., ) | Hon. Janet S. Baer |
| ) | Hearing Date: November 18, 2014 |
| ) | Hearing Time: 10:00 a.m. |
| Debtor. ) | |

COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
(Appendix to Rule 607)

Name of Applicant:    Popowcer Katten, Ltd.

Authorized to Provide
Professional Services to:    Ira Bodenstein, Trustee

Date of Order Authorizing Employment: May 15, 2012

Period for Which
Compensation is Sought: October 1, 2012 – May 7, 2014

Amount of Fees Sought: $    5,630.00

Amount of Expense
Reimbursement Sought: $    0.00

This is an: Interim Application__ Final Application XX

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Amount Disallowed |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is:

$    0.00

Dated: September 5, 2014                    Popowcer Katten, Ltd.

                                By: /s/ Ira Bodenstein

(Local Bankruptcy Rules as adopted 24 June 1994: Page 106)

{10359-001 CVR A0383710.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| BROCK TOOL COMPANY, INC., | ) | Case No. 12-10834 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Hearing Date: November 18, 2014 |
| | ) | Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that, on November 18, 2014, at 10:00 a.m., we shall appear before the Honorable Janet S. Baer, Courtroom 615, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or anyone sitting in his stead, to present the previously filed FINAL APPLICATIONS OF SHAW FISHMAN GLANTZ & TOWBIN LLC, AS COUNSEL FOR THE TRUSTEE AND OF POPOWCER KATTEN, LTD., AS ACCOUNTANT FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND FOR RELATED RELIEF (the "Applications"), at which time and place you may appear if you so desire.

The Fee Applications seek allowance and payment of $4,594.50 in legal fees and $155.89 in expenses, to be paid to counsel for the Trustee, Shaw Fishman Glantz & Towbin LLC and $5,630 in fees to be paid to the accountant for the Trustee, Popowcer Katten, Ltd.  Copies of the Applications can be obtained via the PACER website maintained by the U.S. Bankruptcy Court for the Northern District of Illinois, or by contacting the undersigned counsel.

Date: October 14, 2014                                  Shaw Fishman Glantz & Towbin LLC


                                                        By: /s/ Ira Bodenstein


Ira Bodenstein (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
(312) 980-3888  facsimile

{10359-001 APPL A0383714.DOC}                              2

## CERTIFICATE OF SERVICE

Ira Bodenstein, an attorney, hereby certifies that he caused a true copy of the foregoing notice to be served via the method indicated below on this 14th day of October, 2014.

/s/ Ira Bodenstein

## SERVICE LIST

### Mailing Information for Case 12-10834

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com

- Ira Bodenstein    ibodenstein@shawfishman.com, cowens@shawfishman.com

- David R Doyle    ddoyle@shawfishman.com, kjanecki@shawfishman.com

- Allen J Guon    aguon@shawfishman.com, cowens@shawfishman.com

- John F Hiltz    jhiltz@hwzlaw.com, kwantuch@hwzlaw.com,bzanzig@hwzlaw.com

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| BROCK TOOL COMPANY, INC. ) | Case No. 12-10834 |
| ) | |
| Debtor. ) | Honorable Janet S. Baer |
| ) | Hearing Date: November 18, 2014 |
| ) | Hearing Time: 10:00 a.m. |

## FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL COMPENSATION

Popowcer Katten, Ltd. ("PK"), the accountants for Ira Bodenstein, the Chapter 7 trustee (the "Trustee") for the estate of Brock Tool Company, Inc. (the "Debtor"), submits this Final Application (the "Application") seeking allowance and payment of compensation and reimbursement expenses pursuant to 11 U.S.C. §§ 326, 330 and 503(b). In support of this Application, PK states as follows:

## BACKGROUND

1. On March 9, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the Bankruptcy Code in this court. On the Petition Date, the Trustee was appointed as the Chapter 7 trustee for the Debtor's estate (the "Estate").

2. The Trustee administered assets of the Estate and he was required to file both federal and state income tax returns for the Estate for years ending December 31, 2012 and December 31, 2013 and to file sales tax returns for the months of March through August, 2012.

3. On May 15, 2012, the Trustee was authorized to retain PK to perform accounting services for the benefit of the Estate.

{10359-001 APPL A0383711.DOC}

4. This court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5. During the period of October 1, 2012 through May 7, 2014 (the "Application Period"), PK performed the following tasks in connection with the Trustee's administration of this case:

   (a)   Prepared federal and state income tax returns for the Estate for the years ending December 31, 2012 and December 31, 2013;

   (b)   Prepared draft final determination letters for the IRS and the IDOR pursuant to 11 U.S.C. § 505(b) for the Estate returns; and

   (c)   Prepared Illinois sales tax returns for the months of March through August, 2012.

## REQUESTED FEES

6. PK has provided valuable legal services to the Trustee and the Estate during the Application Period. Pursuant to sections 330 of the Bankruptcy Code, PK requests the allowance and payment of fees in the amount of $5,630.00 for these services, no amount of which has been previously paid.

7. The following professional(s) rendered services during the Application Period at usual and customary rates for matters of this nature:

| Professional | Hours Charged | Hourly Rate | Total Amount |
| --- | --- | --- | --- |
| L. West | 15.6 | $240[1] | $3,744.00 |
| L. West | 5.6 | $230 | $1,288.00 |
| B. Glusak | 2.6 | $230 | $ 598.00 |

---

[1] The hourly rate of L. West increased to $340.00 beginning January 1, 2013.

{10359-001 APPL A0383711.DOC}                                      2

| Professional | Hours Charged | Hourly Rate | Total Amount |
|---|---|---|---|
|  |  |  |  |
| TOTALS | 23.8 |  | $5,630.00 |

Attached to this Application as Exhibit A is a detailed statement of the services rendered by PK on behalf the Trustee during the Application Period. The statement contains a description of the particular services rendered and the amounts of time spent thereon at the current billing rates of PK's professional(s) set forth above.

8. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled professionals inside and outside of the bankruptcy context, PK respectfully submits that its fees represent a fair and reasonable amount for the allowance of final compensation in this case.

## NO CONFLICTS OR SHARING AGREEMENT

9. No agreement or understanding between PK and any third party exists for the purpose of sharing the compensation received for services rendered to the Trustee in connection with the Cases.

10. PK has not represented or held an interest adverse to the Trustee and is a "disinterested person" as defined in section 101(4) of the Bankruptcy Code.

## NOTICE

11. A copy of this Application has been served on the Office of the United States Trustee for the Northern District of Illinois. A notice of the hearing on the Application was served on all creditors and parties in interest by the Clerk of the U.S. Bankruptcy Court.

WHEREFORE, PK requests the entry of an order that:

(a) allows and grants the Trustee authority to pay PK $5,630.00 as compensation for services rendered during the Application Period;

(b) waives other and further notice of this hearing with respect to this Application; and

(c) grants PK such additional relief as may be appropriate under the circumstances.

Respectfully submitted,

POPOWCER KATTEN, LTD.

Dated: October 14, 2014

By: /s/ Ira Bodenstein
    Ira Bodenstein, Trustee

Ira Bodenstein (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Phone: (312) 541-0151

{10359-001 APPL A0383711.DOC}    4