| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | JANET S. BAER |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | | |
| Chicago, IL 60654 | Hearing Date: | 11/18/2014 |
| (312) 666-2861 | Hearing Time: | 10:00 am |
| Chapter 7 Trustee | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: BROCK TOOL COMPANY, INC. § Case No. 12-10834
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 11/18/2014 in Courtroom 615, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 10/14/2014          By:    Ira Bodenstein
                                        Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | JANET S. BAER |
| Shaw Fishman | Chapter  7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL  60654 | Hearing Date: | / / |
| (312) 666-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: BROCK TOOL COMPANY, INC.　　　　§　Case No. 12-10834
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　§

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $   209,408.55 |
| *and approved disbursements of* | $   69,538.56 |
| *leaving a balance on hand of* [1] | $   139,869.99 |
| **Balance on hand:** | $   139,869.99 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $   0.00 |
| Remaining balance: | $   139,869.99 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 13,720.43 | 0.00 | 13,720.43 |
| Attorney for Trustee, Fees - Shaw Fishman Glantz & Towbin LLC | 23,272.50 | 18,678.00 | 4,594.50 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 358.04 | 202.15 | 155.89 |
| Accountant for Trustee, Fees - Popowcer Katten Ltd. | 5,630.00 | 0.00 | 5,630.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid for chapter 7 administration expenses: $ 24,100.82
Remaining balance: $ 115,769.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 115,769.17

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,024.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | Illinois Department of Revenue | 1,024.51 | 0.00 | 1,024.51 |

Total to be paid for priority claims: $ 1,024.51
Remaining balance: $ 114,744.66

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 134,265.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 85.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Black & Decker (US) Inc | 22,777.22 | 0.00 | 19,465.63 |
| 2 | Bostik Inc | 3,053.33 | 0.00 | 2,609.40 |
| 3 | Michigan Ladder Co. | 3,085.00 | 0.00 | 2,636.47 |
| 4 | Boss Manufacturing Company | 1,738.42 | 0.00 | 1,485.67 |
| 6 | Majestic Glove Inc | 2,330.40 | 0.00 | 1,991.58 |
| 7 | Qualtool Inc. | 515.19 | 0.00 | 440.29 |
| 8 | Alliance Distribution Partners, LLC | 2,207.63 | 0.00 | 1,886.66 |
| 9 | United Parcel Service | 114.98 | 0.00 | 98.26 |
| 10 | Interline Brands Inc | 2,675.09 | 0.00 | 2,286.16 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 11 | Diamond Products Limited | 17,950.75 | 0.00 | 15,340.88 |
| 12 | Ridge Tool Company | 53,571.78 | 0.00 | 45,782.94 |
| 13 | Ideal Industries, Inc. | 1,564.92 | 0.00 | 1,337.40 |
| 14 | Port Austin Level | 2,963.11 | 0.00 | 2,532.30 |
| 15 | ORS Nasco | 19,717.81 | 0.00 | 16,851.02 |

Total to be paid for timely general unsecured claims: $ 114,744.66
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                         Case No. 12-10834-JSB
BROCK TOOL COMPANY, INC.                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers                Page 1 of 2              Date Rcvd: Oct 16, 2014
                              Form ID: pdf006             Total Noticed: 89

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2014.
```
db             +BROCK TOOL COMPANY, INC.,    1475 Louis Avenue,    Elk Grove Village, IL 60007-2393
18645268       +1401 Riverside Bldg account Wm. Logue,    PO Box 1515,    Barrington, IL 60011-1515
18645269       +1475 Bldg account Wm. Logue,    PO Box 1515,    Barrington, IL 60011-1515
18645270       +1475 Bldg accout Wm. Logue,    PO Box 1515,    Barrington, IL 60011-1515
18645273        ADP, Inc.,   PO Box 842854,    Boston, MA 02284-2854
18645274        ADP, Inc.,   PO Box 0500,    Carol Stream, IL 60132-0500
18645277       +AMIFAST Corp.,    PO Box 1900,    Liberty Hill, TX 78642-1990
18645278        ARC Disposal - Republic SVC#551,    PO Box 9001154,    Louisville, KY 40290-1154
18645271       +Absource Water company,    DEPT #612252,    PO Box 701760,    Plymouth, MI 48170-0970
18645272       +Addison Building Materials,    3201 S. Busse Road,    Arlington Heights, IL 60005-4699
18645275        Alexander Andrew, Inc.,    1306 S. Alameda Street,    Compton, CA 90221-4803
18645276       +Alliance Distribution Partners, LLC,    539 N. Belvedere Drive,    Gallatin, TN 37066-5409
18790771        American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
18645279       +Archer Products, Inc.,    8756 East 33rd Street,    Indianapolis, IN 46226-6516
18736732       +Black & Decker (US) Inc,    701 East Juppa Rd,    Townson, MD 21286-5502
18645281        Black & Decker (US) Inc.,    Dept CH 14231,    Palatine, IL 60055-4231
18860003       +Boss Manufacturing Company,    1221 Page Street,    Kewanee, IL 61443-3241
18859957       +Brock Tool Company Inc,    1221 Page Street,    Kewanee, IL 61443-3241
18645284       +Bullard Abrasives Inc.,    6 Carol Drive,    Lincoln, RI 02865-4402
18645285       +Carquest of Elk Grove Village,    840 E. Higgins Road,    Elk Grove Village, IL 60007-1586
18645286        Community Clean,    PO Box 328,    Franklin, IN 46131-0328
18645287       +Construction Electrical Products,    7800 Las Positas Road,    Livermore, CA 94551-8240
18645288       +Creative Caster, Inc.,    1060 Pauly Drive,    Elk Grove Village, IL 60007-1315
18645293      #+DWD Revocable Trust,    11482 Columbia Park Dr. W,    Jacksonville, FL 32258-9488
18645290       +Dale E. Workman, Esq.,    Eraclides Johns,    4811 Atlantic Blvd.,    Jacksonville, FL 32207-2269
18645291        Delta Consolidated Industries, inc.,    PO Box 91058,    Chicago, IL 60693-1058
18645294        Elco Fastening Systems LLC,    24201 Network Place,    Chicago, IL 60673-1242
18645295       +Electro Tape Specialties,    PO Box 1014,    Odessa, FL 33556-1014
18645296        Exxon Mobil,   Processing Center,    PO Box 688938,    Des Moines, IA 50368-8938
18645297       +Fail Safe USA,    322 Industrial Court,    Concord, NC 28025-8016
18645298       +Flexovit USA, Inc.,    PO Box 62005E,    Baltimore, MD 21264-2005
18645299        Francotyp-Postalia, Inc.,    PO Box 4510,    Carol Stream, IL 60197-4510
18645300        Gardner Bender, Inc.,    22732 Network Place,    Chicago, IL 60673-1251
18645301        Greenlee Textron,    25117 Network Place,    Chicago, IL 60673-1251
18645302        Hardware Express,    PO Box 404295,    Atlanta, GA 30384-4295
18645303       +Ideal Industries, Inc.,    PO Box 92803,    Chicago, IL 60675-2803
20918727        Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago,Illinois 60664-0338
18645304       +Indusco Wire Rope & Fittings,    1200 West hamburg Street,    Baltimore, MD 21230-1913
18938525       +Interline Brands Inc,    dba Hardware Express,    Interline Brands Inc Bankrutpcy,
                 801 West Bay Street,    Jacksonville, FL 32204-1605
18645305       +Jackson Safety,    PO Box 790379,    Saint Louis, MO 63179-0379
18645306       +Jones Stephens Corp.,    PO Box 2153,    Dept. 3200,    Birmingham, AL 35287-0002
18645307       +Keson Industries,    810 Commerce Street,    Aurora, IL 60504-7931
18645308       +Kraft Tool Company,    PO Box 860230,    Shawnee, KS 66286-0230
18645309       +Leco Plactics, Inc.,    130 Gamewell Street,    Hackensack, NJ 07601-4230
18645310       +Lidseen of North Carolina, Inc.,    PO Box 207,    Hayesville, NC 28904-0207
18645311      #+Logue Expansion Bolt,    PO Box 1515,    Barrington, IL 60011-1515
18645312        Louisville Ladder Inc.,    PO Box 7247-6048,    Philadelphia, PA 19170-6048
18645313       +Lugall Corporation,    Morgantown Business park,    604 Hemlock Road,    Morgantown, PA 19543-9710
18645314       +M.K. Morse Co.,    PO Box 8677,    Canton, OH 44711-8677
18645319       +MCIS,    PO Box 11286,    Fort Wayne, IN 46857-1286
18645315        Magnolia Brush Manu., Ltd.,    PO Box 932,    Clarksville, TX 75426-0932
18645317       +Makita USA, Inc.,    PO Box 534597,    Atlanta, GA 30353-4597
18645321       +Michigan Ladder Co.,    PO Box 981307,    Ypsilanti, MI 48198-1307
18645322       +Mid-Town Petroleum, Inc.,    9707 S. 76th Ave.,    Bridgeview, IL 60455-2380
18645323        Midwest Caster & Wheel,    431 West Seymour Avenue,    Cincinnati, OH 45216-1827
18645324       +Milwaukee Electric Tool Corp,    4844 COllection Center Dr.,    Chicago, IL 60693-0048
18645325       +Muzzy & Peters Co.,    486 Wrightwood Ave.,    Elmhurst, IL 60126-1016
18645328       +ORS Nasco,    9910 E 42nd Street Ste 200,    Tulsa, OK 74146-3635
19088469       +ORS Nasco,    Attn: Steve Myers,    One Parkway North #100,    Deerfield, IL 60015-2559
18645326       +Oatley SCS,    PO Box 92138,    Main Post Office,    Cleveland, OH 44191-0135
18645327        Office Depot Credit Plan,    Dept 56-8100105899,    PO Box 689020,    Des Moines, IA 50368-9020
18645329       +Port Austin Level,    PO Box 365,    Port Austin, MI 48467-0365
18645330       +Qualtool Inc.,    28415 Lake Industrial Blvd.,    Tavares, FL 32778-9701
18645331       +R E Lee Co., Inc.,    3819 Inca Street,    Denver, CO 80211-6501
18645333       +Random Products Inc.,    PO Box 25065,    Cleveland, OH 44125-0065
18645334        Reed Manufacturing Co.,    PO Box 1321,    Erie, PA 16512-1321
18645336       +Richard Specialty Co. Inc.,    4917-19 W. Belmont Ave.,    Chicago, IL 60641-4392
18645337       +Ridge Tool Company,    (RIDGID),    400 Clark Street,    Elyria OH 44035-6108
18645338       +Rothenberger USA LLC,    088254 Expedite Way,    Chicago, IL 60695-0003
18645339       +Rust-Oleum Corp.,    PO Box 931946,    Cleveland, OH 44193-0004
18645340        Saint-Gobain Abrasives, Inc.,    25079 Network Place,    Chicago, IL 60673-1250
18645341        Staples Credit Plan,    Dept. 51-7815011910,    PO Box 689020,    Des Moines, IA 50368-9020
```

```
District/off: 0752-1           User: mmyers              Page 2 of 2                  Date Rcvd: Oct 16, 2014
                               Form ID: pdf006           Total Noticed: 89
```

```
18645342       +Stuart Stein, Esq.,    Stein & Rotman,    105 W. Madison #600,    Chicago, IL 60602-4672
18645343        Sumner Manufacturing Co., Inc.,    PO Box 201199,    Houston, TX 77216-1199
18645344       +Thermadyne,    22037 Network Place,    Chicago, IL 60673-1220
18645345       +Titan Fastner Products,    2627 Sidney Lanier Drive,    Brunswick, GA 31525-6812
18915810       +United Parcel Service,    c/o Receivable Management Services,    P.O. Box 4396,
                 Timonium, MD 21094-4396
18645346        United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0577
18645348        Wheeler Div. Rex Int'l USA Inc.,    PO Box 688,    Ashtabula, OH 44005-0688
18645349        Wholesale Tool Co., Inc.,    PO Box 68,    Warren, MI 48090-0068
18645350       +Wright Tool Co.,    PO Box 951798,    Cleveland, OH 44193-0019
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18645280        E-mail/Text: g17768@att.com Oct 17 2014 01:38:09     AT&T,    PO Box 5080,
                 Carol Stream, IL 60197-5080
18645283        E-mail/Text: denny.thompson@bostik-us.com Oct 17 2014 01:37:59      Bostick, Inc.,
                 22838 Network Place,    Chicago, IL 60673-1227
18645282        E-mail/Text: denny.thompson@bostik-us.com Oct 17 2014 01:37:59      Bostik Inc,
                 Attn: Denny Thompson,    11320 Watertown Plank Road,    Wauwatosa, WI  53226-3434
18645289       +E-mail/Text: pledbetter@currenttools.com Oct 17 2014 01:38:42      Current Tools Inc.,
                 PO box 17026,    Greenville, SC 29606-8026
18645292       +E-mail/Text: cgood@diamondproducts.com Oct 17 2014 01:39:21      Diamond Products Limited,
                 333 Prospect St,    Elyria, OH 44035-6154
18645318       +E-mail/Text: info@mauritzononline.com Oct 17 2014 01:38:03      Mauritzon Inc.,
                 3939 W. Belden Ave.,    Chicago, IL 60647-2207
18645335        E-mail/Text: craigskeet@hotmail.com Oct 17 2014 01:38:34      Relton Corporation,    PO Box 60019,
                 Arcadia, CA 91066-6019
18645347        E-mail/Text: maryh@vaughanmfg.com Oct 17 2014 01:38:36      Vaughan & Bushnell Manufacturing Co.,
                 2690 Momentum Place,    Chicago, IL 60689-5326
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Shaw Fishman Glantz  Towbin LLC
18645316       ##+Majestic,    6707 Hardeson Road,    Everett, WA 98203-7101
18860147       ##+Majestic Glove Inc,    6707 Hardeson Road,    Everett, WA 98203-7101
18645320       ##+Metabo Corp.,    PO Box 151,    Bryn Mawr, PA 19010-0151
18645332        ##Radians Inc.,    PO Box 341849,    Memphis, TN 38184-1849
                                                                                   TOTALS: 1, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2014                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2014 at the address(es) listed below:
              Allen J Guon     on behalf of Trustee Ira   Bodenstein aguon@shawfishman.com,    cowens@shawfishman.com
              David R Doyle    on behalf of Attorney    Shaw Fishman Glantz & Towbin LLC ddoyle@shawfishman.com,
               kjanecki@shawfishman.com
              Ira Bodenstein    iratrustee@shawfishman.com,    IL29@ecfcbis.com;cowens@shawfishman.com
              Ira Bodenstein     on behalf of Debtor    BROCK TOOL COMPANY, INC. iratrustee@shawfishman.com,
               IL29@ecfcbis.com;cowens@shawfishman.com
              Ira Bodenstein     on behalf of Trustee Ira   Bodenstein ibodenstein@shawfishman.com,
               cowens@shawfishman.com
              John F Hiltz     on behalf of Debtor    BROCK TOOL COMPANY, INC. jhiltz@hwzlaw.com,
               kwantuch@hwzlaw.com,bzanzig@hwzlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```