# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BROCK TOOL COMPANY, INC.      § Case No. 12-10834
                                     §
                                     §
Debtor(s)                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                         Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $115,769.17    Claims Discharged
                                                Without Payment: $532,202.64

Total Expenses of Administration: $93,639.38

3) Total gross receipts of $ 209,408.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $209,408.55 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 93,639.38 | 93,639.38 | 93,639.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,024.51 | 1,024.51 | 1,024.51 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 647,648.48 | 153,983.44 | 134,265.63 | 114,744.66 |
| **TOTAL DISBURSEMENTS** | $647,648.48 | $248,647.33 | $228,929.52 | $209,408.55 |

4) This case was originally filed under Chapter 7 on March 19, 2012. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2015          By: /s/Ira Bodenstein
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
|  | 1221-000 | 847.52 |
| Chase Checking Acct | 1129-000 | 826.43 |
| Escrow Funds from sale of Indiana assets | 1129-000 | 89,800.00 |
| Millenium Bank Business Acct | 1129-000 | 10,432.10 |
| One share of common stock in Sphere 1, Inc. | 1129-000 | 6,500.00 |
| Inventory at Illinois location | 1129-000 | 80,367.51 |
| Refunds | 1290-000 | 432.10 |
| pre-pettiton account receivable | 1221-000 | 12,246.52 |
| Sphere 1 2011 rebate | 1223-000 | 7,956.37 |
| **TOTAL GROSS RECEIPTS** |  | **$209,408.55** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** |  |  | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None |  |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 13,720.43 | 13,720.43 | 13,720.43 |
| Shaw Fishman Glantz & Towbin LLC | 3110-000 | N/A | 23,272.50 | 23,272.50 | 23,272.50 |
| Shaw Fishman Glantz & Towbin LLC | 3120-000 | N/A | 358.04 | 358.04 | 358.04 |
| Popowcer Katten Ltd. | 3410-000 | N/A | 5,630.00 | 5,630.00 | 5,630.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.42 | 56.42 | 56.42 |
| The Bank of New York Mellon | 2600-000 | N/A | 146.11 | 146.11 | 146.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 282.21 | 282.21 | 282.21 |
| 1475 Bldg Account Wm. Logue | 2410-000 | N/A | 12,500.00 | 12,500.00 | 12,500.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 272.00 | 272.00 | 272.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 241.52 | 241.52 | 241.52 |
| Illinois Department of Revenue | 2820-000 | N/A | 1,540.00 | 1,540.00 | 1,540.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 739.00 | 739.00 | 739.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 117.00 | 117.00 | 117.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 2,055.00 | 2,055.00 | 2,055.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 96.00 | 96.00 | 96.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 363.94 | 363.94 | 363.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 335.64 | 335.64 | 335.64 |
| Rabobank, N.A. | 2600-000 | N/A | 218.83 | 218.83 | 218.83 |
| Rabobank, N.A. | 2600-000 | N/A | 258.23 | 258.23 | 258.23 |
| International Sureties, Ltd | 2300-000 | N/A | 290.00 | 290.00 | 290.00 |
| Rabobank, N.A. | 2600-000 | N/A | 218.67 | 218.67 | 218.67 |
| Rabobank, N.A. | 2600-000 | N/A | 225.90 | 225.90 | 225.90 |
| Rabobank, N.A. | 2600-000 | N/A | 248.93 | 248.93 | 248.93 |
| Rabobank, N.A. | 2600-000 | N/A | 240.78 | 240.78 | 240.78 |
| Rabobank, N.A. | 2600-000 | N/A | 194.52 | 194.52 | 194.52 |
| Rabobank, N.A. | 2600-000 | N/A | 225.75 | 225.75 | 225.75 |
| Rabobank, N.A. | 2600-000 | N/A | 204.90 | 204.90 | 204.90 |
| Rabobank, N.A. | 2600-000 | N/A | 197.79 | 197.79 | 197.79 |
| Rabobank, N.A. | 2600-000 | N/A | 224.77 | 224.77 | 224.77 |

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 190.40 | 190.40 | 190.40 |
| Rabobank, N.A. | 2600-000 | N/A | 224.11 | 224.11 | 224.11 |
| Rabobank, N.A. | 2600-000 | N/A | 210.18 | 210.18 | 210.18 |
| International Sureties,Ltd | 2300-000 | N/A | 117.60 | 117.60 | 117.60 |
| Rabobank, N.A. | 2600-000 | N/A | 189.46 | 189.46 | 189.46 |
| Rabobank, N.A. | 2600-000 | N/A | 195.90 | 195.90 | 195.90 |
| Rabobank, N.A. | 2600-000 | N/A | 215.89 | 215.89 | 215.89 |
| Rabobank, N.A. | 2600-000 | N/A | 202.07 | 202.07 | 202.07 |
| Rabobank, N.A. | 2600-000 | N/A | 195.05 | 195.05 | 195.05 |
| Rabobank, N.A. | 2600-000 | N/A | 221.66 | 221.66 | 221.66 |
| Liquid Asset Partners | 3610-000 | N/A | 5,067.74 | 5,067.74 | 5,067.74 |
| Liquid Asset Partners | 3620-000 | N/A | 22,109.44 | 22,109.44 | 22,109.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $93,639.38 | $93,639.38 | $93,639.38 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | Illinois Department of Revenue | 5800-000 | N/A | 1,024.51 | 1,024.51 | 1,024.51 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,024.51 | $1,024.51 | $1,024.51 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Black & Decker (US) Inc | 7100-000 | 22,777.00 | 22,777.22 | 22,777.22 | 19,465.63 |
| 2 | Bostik Inc | 7100-000 | 2,708.00 | 3,053.33 | 3,053.33 | 2,609.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Michigan Ladder Co. | 7100-000 | 3,055.00 | 3,085.00 | 3,085.00 | 2,636.47 |
| 4 | Boss Manufacturing Company | 7100-000 | 1,738.00 | 1,738.42 | 1,738.42 | 1,485.67 |
| 5 | ORS Nasco | 7100-000 | 19,177.00 | 19,717.81 | 0.00 | 0.00 |
| 6 | Majestic Glove Inc | 7100-000 | 2,129.00 | 2,330.40 | 2,330.40 | 1,991.58 |
| 7 | Qualtool Inc. | 7100-000 | 464.00 | 515.19 | 515.19 | 440.29 |
| 8 | Alliance Distribution Partners, LLC | 7100-000 | 1,707.00 | 2,207.63 | 2,207.63 | 1,886.66 |
| 9 | United Parcel Service | 7100-000 | 141.00 | 114.98 | 114.98 | 98.26 |
| 10 | Interline Brands Inc | 7100-000 | 2,675.00 | 2,675.09 | 2,675.09 | 2,286.16 |
| 11 | Diamond Products Limited | 7100-000 | N/A | 17,950.75 | 17,950.75 | 15,340.88 |
| 12 | Ridge Tool Company | 7100-000 | 53,380.00 | 53,571.78 | 53,571.78 | 45,782.94 |
| 13 | Ideal Industries, Inc. | 7100-000 | 1,565.00 | 1,564.92 | 1,564.92 | 1,337.40 |
| 14 | Port Austin Level | 7100-000 | 3,733.00 | 2,963.11 | 2,963.11 | 2,532.30 |
| 15 | ORS Nasco | 7100-000 | 19,717.81 | 19,717.81 | 19,717.81 | 16,851.02 |
| NOTFILED | Mauritzon Inc. | 7100-000 | 268.00 | N/A | N/A | 0.00 |
| NOTFILED | MCIS | 7100-000 | 2,380.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Caster & Wheel | 7100-000 | 1,997.00 | N/A | N/A | 0.00 |
| NOTFILED | Milwaukee Electric Tool Corp | 7100-000 | 60,106.00 | N/A | N/A | 0.00 |
| NOTFILED | Mid-Town Petroleum, Inc. | 7100-000 | 3,594.00 | N/A | N/A | 0.00 |
| NOTFILED | Makita USA, Inc. | 7100-000 | 851.00 | N/A | N/A | 0.00 |
| NOTFILED | Metabo Corp. | 7100-000 | 212.00 | N/A | N/A | 0.00 |
| NOTFILED | Magnolia Brush Manu., Ltd. | 7100-000 | 1,038.00 | N/A | N/A | 0.00 |
| NOTFILED | Jones Stephens Corp. | 7100-000 | 290.00 | N/A | N/A | 0.00 |
| NOTFILED | Keson Industries | 7100-000 | 966.00 | N/A | N/A | 0.00 |
| NOTFILED | Jackson Safety | 7100-000 | 1,428.00 | N/A | N/A | 0.00 |
| NOTFILED | Kraft Tool Company | 7100-000 | 358.00 | N/A | N/A | 0.00 |
| NOTFILED | Indusco Wire Rope & Fittings | 7100-000 | 1,210.00 | N/A | N/A | 0.00 |
| NOTFILED | Lidseen of North Carolina, Inc. | 7100-000 | 64.00 | N/A | N/A | 0.00 |
| NOTFILED | Leco Plactics, Inc. | 7100-000 | 512.00 | N/A | N/A | 0.00 |
| NOTFILED | Lugall Corporation Morgantown Business park | 7100-000 | 934.00 | N/A | N/A | 0.00 |
| NOTFILED | M.K. Morse Co. | 7100-000 | 3,396.00 | N/A | N/A | 0.00 |
| NOTFILED | Louisville Ladder Inc. | 7100-000 | 3,547.00 | N/A | N/A | 0.00 |
| NOTFILED | Muzzy & Peters Co. | 7100-000 | 780.00 | N/A | N/A | 0.00 |
| NOTFILED | Logue Expansion Bolt | 7100-000 | 56.00 | N/A | N/A | 0.00 |
| NOTFILED | Radians Inc. | 7100-000 | 505.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Titan Fastner Products | 7100-000 | 47.00 | N/A | N/A | 0.00 |
| NOTFILED | Sumner Manufacturing Co., Inc. | 7100-000 | 7,945.00 | N/A | N/A | 0.00 |
| NOTFILED | Thermadyne | 7100-000 | 1,082.00 | N/A | N/A | 0.00 |
| NOTFILED | Vaughan & Bushnell Manufacturing Co. | 7100-000 | 748.00 | N/A | N/A | 0.00 |
| NOTFILED | Wheeler Div. Rex Int'l USA Inc. | 7100-000 | 1,714.00 | N/A | N/A | 0.00 |
| NOTFILED | Wright Tool Co. | 7100-000 | 3,416.00 | N/A | N/A | 0.00 |
| NOTFILED | Wholesale Tool Co., Inc. | 7100-000 | 1,127.00 | N/A | N/A | 0.00 |
| NOTFILED | William M. Logue | 7100-000 | 4,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Staples Credit Plan | 7100-000 | 12.00 | N/A | N/A | 0.00 |
| NOTFILED | Rust-Oleum Corp. | 7100-000 | 1,916.00 | N/A | N/A | 0.00 |
| NOTFILED | Saint-Gobain Abrasives, Inc. | 7100-000 | 1,642.00 | N/A | N/A | 0.00 |
| NOTFILED | Greenlee Textron | 7100-000 | 13,584.00 | N/A | N/A | 0.00 |
| NOTFILED | Office Depot Credit Plan | 7100-000 | 141.00 | N/A | N/A | 0.00 |
| NOTFILED | R E Lee Co., Inc. | 7100-000 | 108.00 | N/A | N/A | 0.00 |
| NOTFILED | Random Products Inc. | 7100-000 | 2,297.00 | N/A | N/A | 0.00 |
| NOTFILED | Reed Manufacturing Co. | 7100-000 | 6,114.00 | N/A | N/A | 0.00 |
| NOTFILED | Rothenberger USA LLC | 7100-000 | 4,040.00 | N/A | N/A | 0.00 |
| NOTFILED | Relton Corporation | 7100-000 | 590.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard Specialty Co. Inc. | 7100-000 | 985.00 | N/A | N/A | 0.00 |
| NOTFILED | Oatley SCS | 7100-000 | 747.00 | N/A | N/A | 0.00 |
| NOTFILED | Fail Safe USA | 7100-000 | 1,152.00 | N/A | N/A | 0.00 |
| NOTFILED | 1401 Riverside Bldg account Wm. Logue | 7100-000 | 102,000.00 | N/A | N/A | 0.00 |
| NOTFILED | 1475 Bldg accout Wm. Logue | 7100-000 | 163,800.00 | N/A | N/A | 0.00 |
| NOTFILED | ADP, Inc. | 7100-000 | 628.00 | N/A | N/A | 0.00 |
| NOTFILED | Absource Water company | 7100-000 | 41.00 | N/A | N/A | 0.00 |
| NOTFILED | Addison Building Materials | 7100-000 | 27.00 | N/A | N/A | 0.00 |
| NOTFILED | ADP, Inc. | 7100-000 | 44.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexander Andrew, Inc. | 7100-000 | 4,626.00 | N/A | N/A | 0.00 |
| NOTFILED | Elco Fastening Systems LLC | 7100-000 | 860.00 | N/A | N/A | 0.00 |
| NOTFILED | Diamond Products Limited | 7100-000 | 17,950.00 | N/A | N/A | 0.00 |
| NOTFILED | DWD Revocable Trust | 7100-000 | 51,813.67 | N/A | N/A | 0.00 |
| NOTFILED | Electro Tape Specialties | 7100-000 | 113.00 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil Processing Center | 7100-000 | 2,254.00 | N/A | N/A | 0.00 |
| NOTFILED | Francotyp-Postalia, Inc. | 7100-000 | 75.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Flexovit USA, Inc. | 7100-000 | 1,977.00 | N/A | N/A | 0.00 |
| NOTFILED | Delta Consolidated Industries, inc. | 7100-000 | 318.00 | N/A | N/A | 0.00 |
| NOTFILED | Creative Caster, Inc. | 7100-000 | 674.00 | N/A | N/A | 0.00 |
| NOTFILED | Current Tools Inc. | 7100-000 | 6,074.00 | N/A | N/A | 0.00 |
| NOTFILED | Archer Products, Inc. | 7100-000 | 1,629.00 | N/A | N/A | 0.00 |
| NOTFILED | AMIFAST Corp. | 7100-000 | 137.00 | N/A | N/A | 0.00 |
| NOTFILED | ARC Disposal - Republic SVC#551 | 7100-000 | 102.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 425.00 | N/A | N/A | 0.00 |
| NOTFILED | Bullard Abrasives Inc. | 7100-000 | 1,336.00 | N/A | N/A | 0.00 |
| NOTFILED | Construction Electrical Products | 7100-000 | 1,243.00 | N/A | N/A | 0.00 |
| NOTFILED | Carquest of Elk Grove Village | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | Community Clean | 7100-000 | 185.00 | N/A | N/A | 0.00 |
| NOTFILED | Gardner Bender, Inc. | 7100-000 | 15,761.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $647,648.48 | $153,983.44 | $134,265.63 | $114,744.66 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-10834  
**Case Name:** BROCK TOOL COMPANY, INC.

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 03/19/12 (f)  
**§341(a) Meeting Date:** 05/04/12  

**Period Ending:** 02/13/15  
**Claims Bar Date:** 07/16/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chase Checking Acct | 859.98 | 859.98 | | 826.43 | FA |
| 2 | Escrow Funds from sale of Indiana assets | 90,000.00 | 90,000.00 | | 89,800.00 | FA |
| 3 | Millenium Bank Business Acct | 18,733.55 | 18,733.55 | | 10,432.10 | FA |
| 4 | One share of common stock in Sphere 1, Inc. | 5,000.00 | 5,000.00 | | 6,500.00 | FA |
| 5 | Inventory at Illinois location | 100,000.00 | 100,000.00 | | 80,367.51 | FA |
| 6 | Refunds (u) | 0.00 | 0.00 | | 432.10 | FA |
| 7 | pre-pettiton account receivable (u) | 13,094.04 | 13,094.04 | | 12,246.52 | FA |
| 8 | Sphere 1 2011 rebate (u) | Unknown | N/A | | 7,956.37 | FA |
| 8 | **Assets Totals** (Excluding unknown values) | **$227,687.57** | **$227,687.57** | | **$208,561.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

File final return and prepare TFR.
Final return filed and awaiting prompt determination letter.
Complete claims review and prepare TFR.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012   **Current Projected Date Of Final Report (TFR):** September 30, 2014

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-10834  
**Case Name:** BROCK TOOL COMPANY, INC.  
**Taxpayer ID #:** **-***5328  
**Period Ending:** 02/13/15

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******61-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/13/12 | {1} | J P Morgan Chase Bank NA | Closed Bank Account at JP Morgan Chase Bank NA | 1129-000 | 826.43 | | 826.43 |
| 04/13/12 | {3} | Millennium Bank | Closed Bank Account at Millennium Bank | 1129-000 | 10,432.10 | | 11,258.53 |
| 04/26/12 | {5} | B&W Plumbing, Heatin, & Air Conditioning | Post-petition sale of inventory | 1129-000 | 17.10 | | 11,275.63 |
| 04/26/12 | {5} | Premium Electric Services | Post-petition sale of inventory | 1129-000 | 27.31 | | 11,302.94 |
| 04/26/12 | {5} | Blaze Electric Corporation | Post-petition sale of inventory | 1129-000 | 28.46 | | 11,331.40 |
| 04/26/12 | {5} | Budd Mechanical Systems | Post-petition sale of inventory | 1129-000 | 30.03 | | 11,361.43 |
| 04/26/12 | {6} | American Express | Reserve Funds Released | 1290-000 | 33.72 | | 11,395.15 |
| 04/26/12 | {5} | Universal Piping, Inc. | Post-petition sale of inventory | 1129-000 | 54.76 | | 11,449.91 |
| 04/26/12 | {5} | The Hanover Insurance Company | Post-petition sale of inventory | 1129-000 | 71.39 | | 11,521.30 |
| 04/26/12 | {5} | King-Bruwaert House | Post-petition sale of inventory | 1129-000 | 72.33 | | 11,593.63 |
| 04/26/12 | {5} | SimplexGrinnell | Post-petition sale of inventory | 1129-000 | 72.67 | | 11,666.30 |
| 04/26/12 | {5} | T & H Electric, LTD. | Post-petition sale of inventory | 1129-000 | 81.99 | | 11,748.29 |
| 04/26/12 | {5} | Merco Mechanical, Inc. | Post-petition sale of inventory | 1129-000 | 83.90 | | 11,832.19 |
| 04/26/12 | {5} | Shamrock/SEDCO Electrical Contractors | Post-petition sale of inventory | 1129-000 | 104.64 | | 11,936.83 |
| 04/26/12 | {5} | Elcon Electrical Construction Co. | Post-petition sale of inventory | 1129-000 | 124.65 | | 12,061.48 |
| 04/26/12 | {5} | Fink Supply Company, Inc. | Post-petition sale of inventory | 1129-000 | 128.55 | | 12,190.03 |
| 04/26/12 | {5} | Combined Plumbing & Sewer LLC | Post-petition sale of inventory | 1129-000 | 134.55 | | 12,324.58 |
| 04/26/12 | {5} | Solutions Mechanical, LLC | Post-petition sale of inventory | 1129-000 | 142.02 | | 12,466.60 |
| 04/26/12 | {5} | Benson Electric of Chicago, Inc. | Post-petition sale of inventory | 1129-000 | 143.17 | | 12,609.77 |
| 04/26/12 | {5} | Terrance Electric & Technology | Post-petition sale of inventory | 1129-000 | 151.86 | | 12,761.63 |
| 04/26/12 | {5} | Apex Plumbing, Inc. | Post-petition sale of inventory | 1129-000 | 164.17 | | 12,925.80 |
| 04/26/12 | {5} | Hartmann Electric Company, Inc. | Post-petition sale of inventory | 1129-000 | 182.66 | | 13,108.46 |
| 04/26/12 | {5} | C.A. Riley Electric Construction Corp | Post-petition sale of inventory | 1129-000 | 194.58 | | 13,303.04 |
| 04/26/12 | {5} | Stoltzner Plumbing & Sewer Contractor, Inc. | Post-petition sale of inventory | 1129-000 | 198.39 | | 13,501.43 |
| 04/26/12 | {5} | SimplexGrinnell | Post-petition sale of inventory | 1129-000 | 200.93 | | 13,702.36 |
| 04/26/12 | {5} | Gurtz Electric Co. | Post-petition sale of inventory | 1129-000 | 245.98 | | 13,948.34 |
| 04/26/12 | {5} | Fasteners Supply Inc. | Post-petition sale of inventory | 1129-000 | 292.14 | | 14,240.48 |
| 04/26/12 | {5} | J. Hamilton Electric Company, Inc. | Post-petition sale of inventory | 1129-000 | 309.00 | | 14,549.48 |
| 04/26/12 | {5} | Thomas P. Adamson, Jr. & Associates, Inc. | Post-petition sale of inventory | 1129-000 | 326.17 | | 14,875.65 |
| 04/26/12 | {5} | Merco Mechanical, Inc. | Post-petition sale of inventory | 1129-000 | 353.58 | | 15,229.23 |
| 04/26/12 | {5} | Metropolitan Industries, Inc. | Post-petition sale of inventory | 1129-000 | 367.37 | | 15,596.60 |
| 04/26/12 | {5} | Scwan Electric | Post-petition sale of inventory | 1129-000 | 470.87 | | 16,067.47 |

Subtotals : $16,067.47 $0.00

{} Asset reference(s)

Printed: 02/13/2015 10:37 AM V.13.20

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-10834  
**Case Name:** BROCK TOOL COMPANY, INC.  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******61-65 - Checking Account  

**Taxpayer ID #:** **-***5328  
**Period Ending:** 02/13/15  

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/26/12 | {5} | C Acitelli Plumbing & Piping Contractors, Inc | Post-petition sale of inventory | 1129-000 | 10.10 | | 16,077.57 |
| 04/26/12 | {5} | Vitralum Industries Inc | Post-petition sale of inventory | 1129-000 | 14.36 | | 16,091.93 |
| 04/26/12 | {5} | Christian Tinning | Post-petition sale of inventory | 1129-000 | 17.48 | | 16,109.41 |
| 04/26/12 | {5} | Inland Die Casting Company | Post-petition sale of inventory | 1129-000 | 46.96 | | 16,156.37 |
| 04/26/12 | {5} | Haskris | Post-petition sale of inventory | 1129-000 | 50.26 | | 16,206.63 |
| 04/26/12 | {5} | First Security Systems Inc | Post-petition sale of inventory | 1129-000 | 68.00 | | 16,274.63 |
| 04/26/12 | {5} | SMG | Post-petition sale of inventory | 1129-000 | 72.64 | | 16,347.27 |
| 04/26/12 | {5} | Christian Tinning | Post-petition sale of inventory | 1129-000 | 81.93 | | 16,429.20 |
| 04/26/12 | {5} | Barrett Graphic Services | Post-petition sale of inventory | 1129-000 | 87.37 | | 16,516.57 |
| 04/26/12 | {5} | Kloke Construction | Post-petition sale of inventory | 1129-000 | 104.75 | | 16,621.32 |
| 04/26/12 | {5} | Reese Electric Inc | Post-petition sale of inventory | 1129-000 | 113.58 | | 16,734.90 |
| 04/26/12 | {5} | Apex Plumbing | Post-petition sale of inventory | 1129-000 | 169.61 | | 16,904.51 |
| 04/26/12 | {5} | Chicago Electric Mfg Inc | Post-petition sale of inventory | 1129-000 | 210.40 | | 17,114.91 |
| 04/26/12 | {5} | T&H Electric | Post-petition sale of inventory | 1129-000 | 251.95 | | 17,366.86 |
| 04/26/12 | {5} | Dyros Inc | Post-petition sale of inventory | 1129-000 | 306.44 | | 17,673.30 |
| 04/26/12 | {5} | Ewing- Doherty Mechanical Inc | Post-petition sale of inventory | 1129-000 | 386.17 | | 18,059.47 |
| 04/26/12 | {5} | Mitchell Plumbing Inc | Post-petition sale of inventory | 1129-000 | 623.09 | | 18,682.56 |
| 04/26/12 | {5} | Maron | Post-petition sale of inventory | 1129-000 | 679.87 | | 19,362.43 |
| 04/26/12 | {5} | All Industrial Electric Inc | Post-petition sale of inventory | 1129-000 | 1,000.93 | | 20,363.36 |
| 04/26/12 | {5} | Eitel Heinemann Mechanical Services Inc | Post-petition sale of inventory | 1129-000 | 3,726.58 | | 24,089.94 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 24,064.94 |
| 05/07/12 | {7} | conneXion | pre-petition account receivable | 1221-000 | 15.36 | | 24,080.30 |
| 05/07/12 | {7} | Crosstown Electric | pre-petition account receivable | 1221-000 | 16.39 | | 24,096.69 |
| 05/07/12 | {7} | MBA Manufacturing | pre-petition account receivable | 1221-000 | 32.00 | | 24,128.69 |
| 05/07/12 | {7} | Phoenix Systems and Service | pre-petition account receivable | 1221-000 | 46.80 | | 24,175.49 |
| 05/07/12 | {7} | CBM Plumbing | pre-petition account receivable | 1221-000 | 89.26 | | 24,264.75 |
| 05/07/12 | {7} | Omega Electric Co Inc | pre-petition account receivable | 1221-000 | 141.39 | | 24,406.14 |
| 05/07/12 | {7} | Hartmann Electric Company Inc | pre-petition account receivable | 1221-000 | 196.18 | | 24,602.32 |
| 05/07/12 | {7} | Elite Electric Company Inc | pre-petition account receivable | 1221-000 | 196.43 | | 24,798.75 |
| 05/07/12 | {7} | RLM Electric | pre-petition account receivable | 1221-000 | 198.92 | | 24,997.67 |
| 05/07/12 | {7} | Wigdahl Electric | pre-petition account receivable | 1221-000 | 204.77 | | 25,202.44 |
| 05/07/12 | {7} | AMS | pre-petition account receivable | 1221-000 | 249.42 | | 25,451.86 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.42 | 25,395.44 |
| 06/13/12 | {2} | Royal Title Services, Inc. | Sale proceeds from Indiana personal property | 1129-000 | 89,800.00 | | 115,195.44 |
| 06/21/12 | {8} | Sphere 1, Inc | 2011 rebate from Sphere 1. | 1223-000 | 7,956.37 | | 123,151.81 |

Subtotals :  $107,165.76  $81.42

{} Asset reference(s)

Printed: 02/13/2015 10:37 AM    V.13.20

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-10834  
**Case Name:** BROCK TOOL COMPANY, INC.  
**Taxpayer ID #:** **-***5328  
**Period Ending:** 02/13/15  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******61-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 146.11 | 123,005.70 |
| 07/12/12 | {7} | Norb and Sons Electric, Inc. | Notes and Accounts Receivable (originally scheduled) | 1221-000 | 12,846.00 | | 135,851.70 |
| 07/12/12 | {7} | William Buffa Plumbing LLC | Prepetition Account Receivable | 1221-000 | 117.52 | | 135,969.22 |
| 07/12/12 | {7} | Township High School District 211 | Prepetition Account Receivable | 1221-000 | 103.62 | | 136,072.84 |
| 07/12/12 | {7} | C. ACITELLI HEATIN & PIPING CONTRACTOR, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 1,153.24 | | 137,226.08 |
| 07/12/12 | {7} | BATTAGLIA INDUSTRIES, INC. | PREPETITION ACCOUNTS RECEIVABLE | 1221-000 | 22.90 | | 137,248.98 |
| 07/12/12 | {7} | DE FRANCO PLUMBING, INC | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 672.32 | | 137,921.30 |
| 07/12/12 | {7} | STANTON MECHANICAL INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 116.52 | | 138,037.82 |
| 07/12/12 | {7} | T K PLUMBING & MAINTANANCE CO | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 78.73 | | 138,116.55 |
| 07/12/12 | {7} | BROADWAY ELECTRIC, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 96.41 | | 138,212.96 |
| 07/12/12 | {7} | DIAL ONE ALL SUBURBAN ELECTRIC | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 42.49 | | 138,255.45 |
| 07/12/12 | {7} | TYSSENKRUPP MATERIALS NA | PREPETITION ACCOUNT RECEIVABLES | 1221-000 | 922.46 | | 139,177.91 |
| 07/12/12 | {7} | AIR COMFORT CORPORATION | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 28.32 | | 139,206.23 |
| 07/12/12 | {7} | BERGHOFF CATERING & RESTAURANT GROUP | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 48.16 | | 139,254.39 |
| 07/12/12 | {7} | GURTZ ELECTRIC CO. | PRPETITION ACCOUNT RECEIVABLE | 1221-000 | 2,500.44 | | 141,754.83 |
| 07/12/12 | {7} | R.C. BLACK CO., INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 76.02 | | 141,830.85 |
| 07/12/12 | {7} | STOLTZNER PLUMBING & SEWER CONTRACTOR, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 165.06 | | 141,995.91 |
| 07/12/12 | {7} | WOLF ELECTRIC SUPPLY CO., INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 164.00 | | 142,159.91 |
| 07/12/12 | {7} | A&H PLUMBING AND HEATING CO., INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 280.52 | | 142,440.43 |
| 07/12/12 | {7} | AMPERAGE ELECTRICAL SUPPLY, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 3.96 | | 142,444.39 |
| 07/12/12 | {7} | BRABAZON | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 1,186.46 | | 143,630.85 |
| 07/12/12 | {7} | THOMAS P. ADAMSON, JR. & ASSOCIATES, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 714.24 | | 144,345.09 |
| 07/12/12 | {7} | U.S. PLUMBING & SEWER, INC | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 564.28 | | 144,909.37 |
| 07/12/12 | {7} | AEC ELECTRIC CORP | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 847.52 | | 145,756.89 |
| 07/12/12 | {7} | PRIME ELECTRIC COMPANY, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 236.50 | | 145,993.39 |
| 07/12/12 | {7} | EITEL HEINEMANN MECHANICAL SERVICES, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 95.40 | | 146,088.79 |
| 07/12/12 | {7} | PROFESSIONAL POWER | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 472.68 | | 146,561.47 |

Subtotals : $23,555.77  $146.11

{} Asset reference(s)

Printed: 02/13/2015 10:37 AM    V.13.20

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 12-10834  
**Case Name:** BROCK TOOL COMPANY, INC.  
**Taxpayer ID #:** **-***5328  
**Period Ending:** 02/13/15  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******61-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/12/12 | {7} | PRODUCTS, INC<br>ATOMATIC MECANICAL SERVICES | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 59.68 | | 146,621.15 |
| 07/12/12 | {7} | EDWARDS ENGINEERING, INC | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 31.08 | | 146,652.23 |
| 07/12/12 | {7} | NESKO ELECTRIC | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 16.22 | | 146,668.45 |
| 07/12/12 | {7} | OMEGA ELECTRIC CO., INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 110.06 | | 146,778.51 |
| 07/12/12 | {7} | JAMOR ELECTRIC, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 75.85 | | 146,854.36 |
| 07/12/12 | {7} | PRAIRIE PLUMBING CONTRACTORS | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 332.44 | | 147,186.80 |
| 07/12/12 | {7} | AT MECHANICAL LLC | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 14.91 | | 147,201.71 |
| 07/12/12 | {7} | NORB AND SONS ELECTRIC, INC. | PREPETITION ACCOUNT RECEIVABLE | 1221-000 | 75.00 | | 147,276.71 |
| 07/12/12 | {7} | Norb and Sons Electric, Inc. | Reversed Deposit 100017 1 Notes and Accounts Receivable (originally scheduled) | 1221-000 | -12,846.00 | | 134,430.71 |
| 07/19/12 | {7} | AEC Electric | NSF check | 1221-000 | -847.52 | | 133,583.19 |
| 07/25/12 | | AEC ELECTRIC CORP | | 1221-000 | 847.52 | | 134,430.71 |
| 07/25/12 | {7} | AEC ELECTRIC CORP | Reversed Deposit 100020 2 PREPETITION ACCOUNT RECEIVABLE | 1221-000 | -847.52 | | 133,583.19 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 282.21 | 133,300.98 |
| 08/08/12 | {7} | Patlin, Inc | pre-petition account receivable | 1221-000 | 13.11 | | 133,314.09 |
| 08/08/12 | {7} | Stellmach Electric Corp | pre-petition account receivable | 1221-000 | 269.00 | | 133,583.09 |
| 08/08/12 | {7} | AEC Electric Corp. | pre-petition account receivable | 1221-000 | 847.52 | | 134,430.61 |
| 08/08/12 | 1001 | 1475 Bldg Account Wm. Logue | Post-petition Rent for 1475 Louis Avenue | 2410-000 | | 12,500.00 | 121,930.61 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 272.00 | 121,658.61 |
| 09/06/12 | {6} | Humana | Health Insurance Premium Rebate Check | 1290-000 | 398.38 | | 122,056.99 |
| 09/24/12 | | Liquid Asset Partners | Sale of Illinois Inventory after commission and expenses per court order (docket no 26) 7/26/2012 | | 40,392.64 | | 162,449.63 |
| | {5} | | Total gross proceeds 67,569.82 from sale of assets | 1129-000 | | | 162,449.63 |
| | | | Commission to Liquid -5,067.74 Asset Partners | 3610-000 | | | 162,449.63 |
| | | | Reimbursement of sale -22,109.44 expenses to Liquid Asset Partners | 3620-000 | | | 162,449.63 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 241.52 | 162,208.11 |
| 10/10/12 | 1002 | Illinois Department of Revenue | March 2012 Sales Tax Account ID 0886-0173 | 2820-000 | | 1,540.00 | 160,668.11 |
| 10/10/12 | 1003 | Illinois Department of Revenue | April 2012 Sales Tax Account ID 0886-0173 | 2820-000 | | 739.00 | 159,929.11 |

Subtotals : $28,942.37 $15,574.73

{} Asset reference(s)

Printed: 02/13/2015 10:37 AM V.13.20

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 12-10834  
**Case Name:** BROCK TOOL COMPANY, INC.  

**Taxpayer ID #:** **-***5328  
**Period Ending:** 02/13/15

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******61-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/10/12 | 1004 | Illinois Department of Revenue | May 2012 Sales Tax Account ID 0886-0173 | 2820-000 | | 117.00 | 159,812.11 |
| 10/10/12 | 1005 | Illinois Department of Revenue | July 2012 Sales Tax Account ID 0886-0173 | 2820-000 | | 2,055.00 | 157,757.11 |
| 10/10/12 | 1006 | Illinois Department of Revenue | August 2012 Sales tax Account ID 0886-0173 | 2820-000 | | 96.00 | 157,661.11 |
| 10/24/12 | {4} | Sphere 1, Inc | Cancelation of Sphere 1 Membership | 1129-000 | 6,500.00 | | 164,161.11 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 363.94 | 163,797.17 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 335.64 | 163,461.53 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | 9999-000 | | 163,461.53 | 0.00 |
| | | | ACCOUNT TOTALS | | 182,231.37 | 182,231.37 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 163,461.53 | |
| | | | **Subtotal** | | 182,231.37 | 18,769.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$182,231.37** | **$18,769.84** | |

{} Asset reference(s)

Printed: 02/13/2015 10:37 AM   V.13.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 12-10834  
**Case Name:** BROCK TOOL COMPANY, INC.  
**Taxpayer ID #:** **-***5328  
**Period Ending:** 02/13/15  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 163,461.53 | | 163,461.53 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 218.83 | 163,242.70 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 258.23 | 162,984.47 |
| 02/12/13 | 11007 | International Sureties,Ltd | Percentage payment 2013 blanket bond | 2300-000 | | 290.00 | 162,694.47 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 218.67 | 162,475.80 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 225.90 | 162,249.90 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 248.93 | 162,000.97 |
| 05/30/13 | 11008 | Shaw Fishman Glantz & Towbin LLC | Interim expenses allowed 5/29/13 DKT # 37 | 3120-000 | | 202.15 | 161,798.82 |
| 05/30/13 | 11009 | Shaw Fishman Glantz & Towbin LLC | Interim fees allowed 5/29/13 DKT 37 | 3110-000 | | 18,678.00 | 143,120.82 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 240.78 | 142,880.04 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.52 | 142,685.52 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 225.75 | 142,459.77 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 204.90 | 142,254.87 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.79 | 142,057.08 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 224.77 | 141,832.31 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.40 | 141,641.91 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 224.11 | 141,417.80 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.18 | 141,207.62 |
| 02/04/14 | 11010 | International Sureties,Ltd | Percentage payment 2014 blanket bond | 2300-000 | | 117.60 | 141,090.02 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.46 | 140,900.56 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.90 | 140,704.66 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.89 | 140,488.77 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.07 | 140,286.70 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.05 | 140,091.65 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 221.66 | 139,869.99 |
| 11/20/14 | 11011 | Ira Bodenstein | Final trustee compensation | 2100-000 | | 13,720.43 | 126,149.56 |
| 11/20/14 | 11012 | Shaw Fishman Glantz & Towbin LLC | Final attorney compensation | 3110-000 | | 4,594.50 | 121,555.06 |
| 11/20/14 | 11013 | Shaw Fishman Glantz & Towbin LLC | Final expense reimbursement | 3120-000 | | 155.89 | 121,399.17 |
| 11/20/14 | 11014 | Popowcer Katten Ltd. | Final accountant fees | 3410-000 | | 5,630.00 | 115,769.17 |
| 11/20/14 | 11015 | Illinois Department of Revenue | Final distribution | 5800-000 | | 1,024.51 | 114,744.66 |
| 11/20/14 | 11016 | Black & Decker (US) Inc | Ref # XX4013 | 7100-000 | | 19,465.63 | 95,279.03 |
| 11/20/14 | 11017 | Bostik Inc | Final distribution | 7100-000 | | 2,609.40 | 92,669.63 |

Subtotals :  $163,461.53   $70,791.90

{} Asset reference(s)

Printed: 02/13/2015 10:37 AM   V.13.20

Case 12-10834    Doc 54    Filed 03/13/15    Entered 03/13/15 11:49:39    Desc Main
Document    Page 16 of 16

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 12-10834  
**Case Name:** BROCK TOOL COMPANY, INC.  
**Taxpayer ID #:** **-***5328  
**Period Ending:** 02/13/15  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/20/14 | 11018 | Michigan Ladder Co. | Ref # XXXXXX & XX0050 | 7100-000 | | 2,636.47 | 90,033.16 |
| 11/20/14 | 11019 | Boss Manufacturing Company | Ref # XX3199 | 7100-000 | | 1,485.67 | 88,547.49 |
| 11/20/14 | 11020 | Majestic Glove Inc | Final distribution | 7100-000 | | 1,991.58 | 86,555.91 |
| 11/20/14 | 11021 | Qualtool Inc. | Ref # XXXXXX7200 | 7100-000 | | 440.29 | 86,115.62 |
| 11/20/14 | 11022 | Alliance Distribution Partners, LLC | Final distribution | 7100-000 | | 1,886.66 | 84,228.96 |
| 11/20/14 | 11023 | United Parcel Service | Ref # XXXXXX & XX2V29 | 7100-000 | | 98.26 | 84,130.70 |
| 11/20/14 | 11024 | Interline Brands Inc | Final distribution | 7100-000 | | 2,286.16 | 81,844.54 |
| 11/20/14 | 11025 | Diamond Products Limited | Final distribution | 7100-000 | | 15,340.88 | 66,503.66 |
| 11/20/14 | 11026 | Ridge Tool Company | Ref # XX3957 | 7100-000 | | 45,782.94 | 20,720.72 |
| 11/20/14 | 11027 | Ideal Industries, Inc. | Ref # XX3343 | 7100-000 | | 1,337.40 | 19,383.32 |
| 11/20/14 | 11028 | Port Austin Level | Final distribution | 7100-000 | | 2,532.30 | 16,851.02 |
| 11/20/14 | 11029 | ORS Nasco | Final distribution | 7100-000 | | 16,851.02 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 163,461.53 | 163,461.53 | **$0.00** |
| | | | Less: Bank Transfers | | 163,461.53 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 163,461.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$163,461.53** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******61-65** | 182,231.37 | 18,769.84 | 0.00 |
| **Checking # ******5566** | 0.00 | 163,461.53 | 0.00 |
| | **$182,231.37** | **$182,231.37** | **$0.00** |

{} Asset reference(s)                                                                                  Printed: 02/13/2015 10:37 AM    V.13.20